# EXHIBIT – A

SCREEN SHOT OF OFFICIAL GOVERNMENT WEBSITE OF

THE CITY OF SEATTLE LISTING PROTECTED CLASSES

THE NEW "CASTE" PROTECTED CATEGORY HAS BEEN ADDED

HOWEVER, DEFINITION OF CASTE HAS BEEN COPIED VERBATIM

FROM THE DEFINITION OF ANCESTRY AND THE CITY OF SEATTLE

DID NOT BOTHER TO FIX THE HEADING OF "ANCESTRY" TO "CASTE"

THIS DEMONSTRATES THE LEVEL OF UNDERSTANDING THE

DEFENDANTS HAVE REGARDING CASTE AND HIGHLIGHTS THE

INCOMPETECNY OF THE DEFENDANTS ENTRUSTED WITH

ENFORCEMENT OF CASTE DISCRIMINATION. THE CASTE ORDINANCE

WAS PASSED ON FEBRUARY 21, 2023, AND THIS SCREENSHOT WAS

TAKEN ON MAY 10, 2023, SO OVER TWO MONTHS HAVE PASSED, YET

DEFENDANTS HAVE NOT TAKEN THE TROUBLE OF VERIFYING AND

CHECKING THE DEFINITON OF CASTE AS A PROTECTED CATEGORY

AND CORRECTING IT INSTEAD OF BLINDLY COPYING IT FROM ANCESTRY

AND LEAVING IT AS IS AS HAVING THE SAME DEFINITION AS ANCESTRY

IF DEFENDANTS THINK CASTE IS SAME AS ANCESTRY, THEN WHAT WAS

THE NEED FOR ADDING A NEW PROTECTED CATEGORY OF CASTE? THEY

COULD HAVE USED ANCESTRY TO ADDRESS CASTE DISCRIMINATION



https://www.seattle.gov/civilrights/civil-rights-enforcement/protected-classes#ancestry



https://www.seattle.gov/civilrights/civil-rights-enforcement/protected-classes#caste



5/10/23, 9:05 AM
Case 2:23-cv-00721-RAJ   Document 1-1   Filed 05/11/23   Page 4 of 75
Protected Classes in the City of Seattle - CivilRights | seattle.gov

*AS OF MAY 10, 2023 9:05 AM EASTERN TIME*

## Seattle Office for Civil Rights (civilrights)

# Protected Classes in the City of Seattle

A protected class is a group of people who have a common characteristic and who are legally protected from discrimination based on that characteristic. Protected classes are important because they are legal rights that protect our identities.

The City of Seattle has the following protected classes, where discrimination laws are enforced by the Seattle Office for Civil Rights in employment, housing, contracting, and public places. Below each protected class is an example of what could be considered discrimination. These examples are just a few instances to serve as helpful guidance.

**+ Age**

**— Ancestry**   *→ COPIED AND PASTED UNDER "CASTE"*

**Ancestry**

These behaviors, policies, or practices could be discrimination:

- The use of accents or language rooted in stereotypes or cultural ignorance, often said in the form of jokes.

- A housing provider treating you differently because you have a name or accent associated with a particular ethnic group.

5/10/23, 9:05 AM

Case 2:23-cv-00721-RAJ   Document 1-1   Filed 05/11/23   Page 5 of 75
Protected Classes in the City of Seattle - CivilRights | seattle.gov

+ **Breastfeeding in a Public Place**

+ **Caste**

COPIED AND PASTED
FROM ANCESTRY
WITHOUT ANY
CHANGES

+ **Color**

+ **Creed**

+ **Disability**

+ **Gender Identity**

+ **Genetic Information**

+ **Immigration or Citizenship Status**

+ **Marital Status**

+ **National Origin**

+ **Parental Status**

+ **Political Ideology**

+ **Pregnancy Outcome**

5/10/23, 9:05 AM

Case 2:23-cv-00721-RAJ   Document 1-1   Filed 05/11/23   Page 6 of 75
Protected Classes in the City of Seattle - CivilRights | seattle.gov

*AS OF MAY 10 2023 9:05 AM EASTERN TIME*

## Seattle Office for Civil Rights (civilrights)

# Protected Classes in the City of Seattle

A protected class is a group of people who have a common characteristic and who are legally protected from discrimination based on that characteristic. Protected classes are important because they are legal rights that protect our identities.

The City of Seattle has the following protected classes, where discrimination laws are enforced by the Seattle Office for Civil Rights in employment, housing, contracting, and public places. Below each protected class is an example of what could be considered discrimination. These examples are just a few instances to serve as helpful guidance.

+ **Age**

+ **Ancestry**

+ **Breastfeeding in a Public Place**



— **Caste**

*COPIED BLINDLY FROM ANCESTRY*

Ancestry ← *AND LEFT AS-IS WITHOUT CORRECTION.*

These behaviors, policies, or practices could be discrimination:

*EVEN THE TITLE SAYS 'ANCESTRY'*

Protected Classes in the City of Seattle - CivilRights | seattle.gov

5/10/23, 9:05 AM

- The use of accents or language rooted in stereotypes or cultural ignorance, often said in the form of jokes.

- A housing provider treating you differently because you have a name or accent associated with a particular ethnic group.

AS OF MAY 10, 2023 9:05 AM EASTERN TIME

EXACT COPY OF
THE DEFINITION
OF ANCESTRY

# EXHIBIT – B

SEATTLE UNIVERSITY ALUMNI EVENTS

APRIL 28, 2023, STATE OF THE UNIVERSITY

ATTENDED ONLINE LIVESTREAM EVENT

JUNE 2, 2023, PROJECTS DAY

(IN PERSON POSTER SESSION AND RECEPTION)

EMAIL INVITATION FOR EVENTS

TICKET CONFIRMATION FOR EVENTS

FLIGHT TICKET AND DETAILS

FOR TRAVEL TO SEATTLE

ON JUNE 2, 2023, TO ATTEND THE

IN-PERSON ONLY EVENTS AT

SULLIVAN HALL, SEATTLE UNIVERSITY

910 12TH AVE, SEATTLE WA 98122

FRIDAY JUNE 2, 2023, 12 PM – 6 PM (PT)

12:00 PM CHECK-IN & REGISTRATION

12:30 PM WELCOME TO PROJECTS DAY

12:45 PM PRESENTATION SESSION 1

02:00 PM PRESENTATION SESSION 2

03:15 PM PRESENTATION SESSION 3

04:15 PM – 6 PM POSTER SESSION & RECEPTION

OUT BOUND FLIGHT DETAILS RDU – SEA

DL 553 JUNE 2, 2023, 7:04 AM – 9:50 AM

RETURN FLIGHT DETAILS SEA – RDU

DL 468 JUNE 2, 2023, 9:45 PM – 5:56 AM (JUNE 3, 2023)

## Abhijit, Join Us For the President's State of the University

Seattle University <uaevents@seattleu.edu>
Mon 3/13/2023 6:32 PM
To: Abhijit Bagal <abhijit_bagal@hotmail.com>



### Save the Date

Seattle University President Eduardo
Peñalver invites you to attend the 2023
State of the University.

Join fellow alumni, friends, and university
leaders in Seattle and around the globe as
we explore our reignited vision in service
of educating the whole person,
strengthening professional formation, and
empowering leaders for a more just and
humane world. Together we will celebrate
our vibrant community and discuss Seattle
University's path to becoming one of the
most innovative and progressive Jesuit and
Catholic universities in the world.

**Friday, April 28**
**Online via livestream**
5:30 p.m. to 6:30 p.m.

REGISTER

*Details to follow via email*



## Questions?

Please contact Vickielee Wohlbach
at vwohlbach@seattleu.edu.



Seattle University
901 12th Avenue
Seattle, WA 98122
+1 206 220 8443

You are receiving this email as a member of the Seattle U
community.

Preferences | Unsubscribe

Mail - Abhijit Bagal - Outlook

## Order Confirmation for 2023 State of the University

Eventbrite <noreply@order.eventbrite.com>
Fri 4/21/2023 11:31 PM
To: abhijit_bagal@hotmail.com <abhijit_bagal@hotmail.com>

## eventbrite





Go to My Tickets

2023 State of the University



🎟 **1 x Ticket**
Order total: Free

🕐 **Friday, April 28, 2023 from 5:30 PM to 6:30 PM (PT)**
Add to Google · Outlook · iCal · Yahoo

View event details

Seattle University Advancement

Follow

Questions about this event?

Contact the organizer

## Order Summary

Order #6469393519 - April 21, 2023

Free order

Abhijit Bagal                    1 x **Livestream Admission**                    $0.00

**View and manage** your order online

Contact the organizer for any questions related to this purchase.

This order is subject to Eventbrite Terms of Service and Privacy Policy, and Cookie Policy.

## Your tickets

### 1 eTicket

The organizer will follow up with instructions on how to redeem your ticket and access the event.

## Additional Information

The event organizer has provided the following information:

Thank you for registering!



    

This email was sent to abhijit_bagal@hotmail.com

Eventbrite | 535 Mission Street, 8th Floor | San Francisco, CA 94105

Copyright © 2023 Eventbrite. All rights reserved.

Privacy Policy

We look forward to seeing you online for S.O.T.U.!

Seattle University <uaevents@seattleu.edu>
Thu 4/27/2023 8:06 PM
To: Abhijit Bagal <abhijit_bagal@hotmail.com>

No images? Click here



Thank you for registering for the State of the University. President Peñalver and the Seattle University community are looking forward to connecting and discussing SU's path to becoming one of the most innovative and progressive Jesuit and Catholic universities in the world.

Friday, April 28
**Online via Zoom**
5:30–6:30 p.m.

JOIN VIA ZOOM HERE

**PASSCODE**: 924329

## Meet the Panel Speakers



**Thank You for Attending the President's State of the University**

Seattle University <uaevents@seattleu.edu>
Fri 5/5/2023 5:04 PM
To: Abhijit Bagal <abhijit_bagal@hotmail.com>

# SEATTLEU



### Thank You for Attending S.O.T.U.

On behalf of the Seattle University community, thank you for attending President Peñalver's State of the University address and panel discussion.

For those who were unable to join us, and for anyone who wanted to re-watch or pass along to a friend, the full recording is now available here.



### Tell Us Your Thoughts

We'd love to gauge the response of our campus community and hear any feedback

you might have of the event. Please take a
few seconds to complete this anonymous,
three-question survey.

TAKE THE SURVEY



Seattle University
901 12th Avenue
Seattle, WA 98122
+1 206 220 8443

You are receiving this email as a member of the Seattle U
community.

Preferences | Unsubscribe

## Abhijit, you are invited to Projects Day 2023

Seattle University Project Center <brownra@seattleu.edu>
Tue 3/28/2023 9:28 PM
To: Abhijit Bagal Bagal <abhijit_bagal@hotmail.com>

Join us in celebrating our          No images? Click here
students'
accomplishments!

 

Register Here

**Dear Abhijit,**

**Please join the Seattle University College of Science & Engineering on June 2nd for Projects Day.** Graduating seniors in engineering, environmental science, and computer science as well as master's students in data science will reveal their results of industry-sponsored projects.

This year, Projects Day will be a hybrid event, so be sure to RSVP and indicate how you would like to attend. The students will be doing in-person, live presentations on campus, which will also be live-streamed, followed by an in-person poster session and reception. Please note the poster session and reception will not be live-streamed.

NO LIVE STREAM

IN PERSON ONLY

**This event is free and open to the public, so come celebrate with us.**

**Schedule of Events | Sullivan Hall | June 2, 2023**

12:00 PM Check-in and Registration

(Sullivan Hall West Entrance)

12:30 PM Welcome to Projects Day

12:45 PM Presentation Session 1

2:00 PM Presentation Session 2

3:15 PM Presentation Session 3

4:15 PM–6:00 PM Poster Session and

Reception

| Share | Tweet |
| Share | Forward |

Seattle University
College of Science and Engineering
901 12th Avenue
Seattle, WA 98122

You are receiving this email because you are
connected to Seattle University Science &
Engineering and/or Projects Day.

Preferences | Unsubscribe

## Dean's Update: SU College of Science and Engineering

SU College of Science and Engineering <finetm@seattleu.edu>
Wed 3/29/2023 7:01 PM
To: Abhijit and Dhara <abhijit_bagal@hotmail.com>



### Creativity and Innovation in STEM

Dear Abhijit,

We are living in an increasingly digital age
where science, technology and
engineering will have an oversized role in
our daily lives. Seattle University College of
Science and Engineering (CSE) is educating
future leaders in Science, Technology,
Engineering and Mathematics for a just
and humane world.

Our faculty, staff and students have been
engaged in impactful teaching and learning
experiences since the start of the
academic year. Our college is adapting and
pivoting to embrace this ever-changing
world with an emphasis on providing a
high quality, personalized education built
on a liberal arts foundation. We are doing
so by welcoming curricular transformation
in existing programs, proposing new
degree programs and using data and
technology to provide personalized
advising and learning.

- Dr. Steve Luckey was awarded our inaugural Rogel Professorship, which is supported by an endowment created by Steve and Connie Rogel, and provides transformative support for our work on enhancing human health and bioengineering. Dr. Luckey's research and scholarship seeks to understand and promote dimensions of human health and well-being where he has utilized both laboratory-based and pedagogical research.
- Dr. Wan Bae was awarded the Thomas Bannan Chair for a two-year term starting July 1, 2023. Dr. Bae's research interests span the areas of spatial and spatiotemporal databases and data mining, GIS, applied computational geometry and health informatics. The overall theme of her research program is to develop computational models and algorithms using an empirical, application-driven approach.

**Students**

- First-year student Liliana McClain earned a prestigious scholarship from the American Chemical Society, one of just 300 recipients nationwide and the only Seattle University student to ever receive the honor.

**Alumni**

- We hosted a CSE night at Climate Pledge Arena as part of the Men's Basketball game. The event was highly successful in bringing together the community for a night of celebration.

which students will use for a variety of academic activities of their choosing. Thank you to all who contributed! Should you wish to support the college, you may give here.

In the coming months, I expect many innovative and creative projects will be undertaken. I have heard rumors concerning a campus-wide robotic presence and more use of our very popular Billodue Makerspace. I cannot wait to share more information as our students develop innovative and interesting projects to solve societal challenges through science, technology and engineering.

Lastly, we have a record number of students interested in our programs. If you know someone who applied for one of our programs, please encourage them to contact us via email or visit us on campus for one of the many admitted student events. Seattle University is a unique place where we deeply value student success, while our faculty and staff embrace a teacher-scholar model of education practicing Ignatian pedagogy via a cycle of learning and reflection.

In closing, I invite you to campus for our annual Projects Day on Friday afternoon, June 2 (register here). Our students will be showcasing their work on industry-sponsored projects. I hope you will join us in celebrating our students and their great efforts.

Respectfully,



Amit Shukla, PhD
Dean



Seattle University
901 12th Avenue
Seattle, WA 98122
+1 206 220 8443

You are receiving this email as a member of the Seattle U
community.

Preferences | Unsubscribe

**eventbrite**

# Projects Day 2023

## In-Person Projects Day RSVP

Sullivan Hall - Seattle University, 901 12th Ave, Seattle, WA 98122

Friday, June 2, 2023 from 12:00 PM to 6:00 PM (PT)

Free Order



| Order Information | Name |
|---|---|
| Order #6487724289. Ordered by Abhijit Bagal on April 24, 2023 8:30 AM | Abhijit Bagal |



6487724289105624522689001

**Attendee Questions:**

**Type of Attendee (Choose all applicable categories):**
Seattle U Alumni

**Would you like to reserve a complimentary parking pass for Projects Day?**
Yes



COLLEGE OF
SCIENCE AND
ENGINEERING

Friday, August 7, 2009

To whom it may Concern:

This letter is to acknowledge that Abhijit Bagal received his Master of Software Engineering from Seattle University. As part of our MSE program, Abhijit participated in our required yearlong project sequence as a member of the 1996-97 Microsoft Beta project. This industry-strength project sequence is in lieu of a culminating thesis.

The project sequence is the capstone of the MSE program. Students are organized into teams of three or four in the spring, they prepare during the summer, and each team carries out a software project during the following academic year (fall, winter, and spring quarters). The team is responsible for planning, organizing, and carrying out the work required to complete their project according to the sponsor's timelines. Each project is sponsored a local company. Sponsors have included, Boeing, Microsoft, Cisco, Regence Blue Shield, Nordstrom's, PACCAR, Amazon.com and many others.

Each project has a faculty advisor who reviews and evaluates the work, and a sponsor liaison that serves as customer, participating in requirements specification, design reviews, coordination meetings, and the final acceptance test. A typical project represents approximately one to one and a half person-years effort.

Each project makes a presentation to the faculty, students, sponsors and public at our annual Master of Software Engineering Project Night.

Please do not hesitate to contact me if you require further information.

Regards,

Richard LeBlanc, Professor & Chair

 Gmail                                                    Abhijit Bagal <abebagal@gmail.com>

## Your Flight Receipt - ABHIJIT BAGAL 02JUN23
1 message

**Delta Air Lines** <DeltaAirLines@t.delta.com>                              Tue, Apr 25, 2023 at 11:23 AM
Reply-To: Transactional Email Reply Inbox <reply-295585-14_HTML-103163538-10982494-486224@t.delta.com>
To: abebagal@gmail.com

View as a Web Page

                                                #2630301162
                                                            SkyMiles® Member

CONFIRMATION #: HP8NMC



You're all set. If your plans change, be sure to make changes or cancel
via **MyTrips** on **delta.com** before your flight departs.

Have a great trip, and thank you for choosing Delta.

## Passenger Info

Name: ABHIJIT BAGAL
SkyMiles #2630301162

| FLIGHT | SEAT |
|--------|------|
| DELTA 553 | 12A |
| DELTA 468 | 14C |

Visit delta.com or download the Fly Delta app to view, select or change your seat. If you purchased a Delta Comfort+$^{TM}$ seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

| Fri, 02JUN | DEPART | ARRIVE |
|------------|--------|--------|
| DELTA 553<br>Delta Comfort+® (W) | RALEIGH-DURHAM, NC<br>7:04am | SEATTLE<br>9:50am |
| DELTA 468<br>Delta Comfort+® (W) | SEATTLE<br>9:45pm | RALEIGH-DURHAM, NC<br>5:56am<br>**Sat 03JUN |

**Arrival date is different than departure date.

MANAGE MY TRIP

## Flight Receipt

Ticket #: 0062103872841
Place of Issue:
Issue Date: 25APR23
Expiration Date: 25APR24

## METHOD OF PAYMENT

| | |
|---|---|
| VI************5888 | $1047.80 USD |

## CHARGES

**Air Transportation Charges**

| | |
|---|---|
| Base Fare | $946.98 USD |

**Taxes, Fees and Charges**

| | |
|---|---|
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Transportation Tax (US) | $71.02 USD |
| United States - Passenger Facility Charge (XF) | $9.00 USD |
| United States - Flight Segment Tax (ZP) | $9.60 USD |
| TICKET AMOUNT | $1047.80 USD |

 **DELTA**

# RDU ▸ SEA

## Raleigh/Durham, NC to Seattle, WA
FRI, 02 JUN 2023 - FRI, 02 JUN 2023

FLIGHT CONFIRMATION #: **HP8NMC**

**ROUND TRIP | 1 PASSENGER**

 **FLIGHTS**

### Flight DL 553

**FRI, 02 JUN 2023**

38 DAYS FROM DEPARTURE

Find Sky Club Locations:
Raleigh-Durham Intl - RDU
Seattle-Tacoma Intl - SEA

## RDU ▸ SEA

ON TIME

SEAT: **12A**

Airport Map: RDU | SEA

DEPART: **7:04 AM***    ARRIVE: **9:50 AM**

DELTA COMFORT+® (W)

Aircraft: Boeing 737-800
Flight Time: 5hr 46m
On Time % : N/A
Miles Flown: 2,347

MEAL SERVICES : Snacks , Drinks , Snacks , Fresh Food for Purchase

Baggage & Service Fees

In-Flight services and amenities may vary and are subject to change.

PASSENGER STATUS:  CONFIRMED

### Flight DL 468

**FRI, 02 JUN 2023**

38 DAYS FROM DEPARTURE

Find Sky Club Locations:
Seattle-Tacoma Intl - SEA
Raleigh-Durham Intl - RDU

## SEA ▸ RDU

ON TIME

SEAT: **14C**

Airport Map: SEA | RDU

DEPART: **9:45 PM***    ARRIVE: **5:56 AM** - SAT, 03 JUN

DELTA COMFORT+® (W)

Aircraft: Boeing 737-800
Flight Time: 5hr 11m
On Time % : N/A
Miles Flown: 2,355

MEAL SERVICES : Snacks , Drinks , Snacks , Food for Purchase

Baggage & Service Fees

In-Flight services and amenities may vary and are subject to change.

PASSENGER STATUS:  CONFIRMED

 **PASSENGER INFORMATION**

Case 2:23-cv-00721-RAJ   Document 1-1   Filed 05/11/23   Page 29 of 75

| | NAME | FLIGHT | SEATS | SPECIAL SERVICE REQUESTS |
|---|---|---|---|---|
| 1 | **ABHIJIT BAGAL** SkyMiles # 2630301162 eTicket #0062103872841 | RDU ► SEA | 12A Delta Comfort+® (W) | |
| | | SEA ► RDU | 14C Delta Comfort+® (W) | |

**Complete Delta Air Lines Baggage Information**
Baggage fees will be assessed at the time you check in.

Final baggage fees will be assessed and charged at time of check-in. Baggage fees may change based on the class of service or frequent flyer status.
All prices are (USD) unless otherwise noted. If your itinerary qualifies for Trip Insurance, you will be able to add it before you purchase your ticket.

View Change & Cancellation Policies



# ▲ DELTA

**Date of Purchase: Apr 25, 2023**

# Raleigh/Durham, NC ▶ Seattle, WA

**Passenger Information**

ABHIJIT BAGAL
SkyMiles#: 2630301162

Confirmation Number: HP8NMC
Ticket Number: 0062103872841

## FLIGHT

| Date and Flight | Status | Class | Seat/Cabin |
|---|---|---|---|
| RDU ▶ SEA | Fri 02Jun2023 | DL 553 | | OPEN | W | 12A |
| SEA ▶ RDU | Fri 02Jun2023 | DL 468 | | OPEN | W | 14C |

## DETAILED CHARGES

**Air Transportation Charges**

| | | |
|---|---|---|
| Base Fare: | $946.98 | USD |
| **Taxes, Fees and Charges** | | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 | USD |
| United States - Transportation Tax (US) | $71.02 | USD |
| United States - Passenger Facility Charge (XF) | $9.00 | USD |
| United States - Flight Segment Tax (ZP) | $9.60 | USD |
| **Total Price:** | **$1,047.80** | **USD** |
| Paid with Visa ending 5888 | $1,047.80 | USD |

## KEY OF TERMS

| | |
|---|---|
| # - Arrival date different than departure date | F - Food available for purchase |
| ** - Check-in required | L - Lunch |
| *** - Multiple meals | LV - Departs |
| *S$ - Multiple seats | M - Movie |
| AR - Arrives | R - Refreshments, complimentary |
| B - Breakfast | S - Snack |
| C - Bagels / Beverages | T - Cold meal |
| D - Dinner | V - Snacks for sale |

Check your flight information online at delta.com or call the Delta Flightline at 800.325.1999.
Baggage check-in requirements vary by airport and airline, so please check with the operating carrier on your ticket.
Please review Delta's check-in requirements and baggage guidelines for details.
You must be checked in and at the gate at least 15 minutes before your scheduled departure time for travel inside the United States.
You must be checked in and at the gate at least 45 minutes before your scheduled departure time for international travel.
For tips on flying safely with laptops, cell phones, and other battery-powered devices, please visit http://SafeTravel.dot.gov
Do you have comments about service? Please email us to share them.

NON-REFUNDABLE / CHANGE FEE
When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

This ticket is non-refundable unless issued as a fully refundable fare. Any change to your itinerary may require payment of a change fee and increased fare. If you do not show up for any flight in your itinerary without notifying Delta or canceling/changing your flight prior to departure, Delta may cancel the reservation for all remaining flights in the itinerary, and the ticket will have no remaining value.

All Preferred, Delta Comfort+™, First Class, Delta Premium Select, and Delta One seat purchases are non-refundable.

# EXHIBIT – C

COMPLAINT TO USDOJ CIVIL RIGHTS DIVISION

RESPONSE FROM USDOJ CIVIL RIGHTS DIVISION

CITY OF SEATTLE CLAIM FOR DAMAGES FORM

STANDARD TORT CLAIM FORM

(GENERAL LIABILITY CLAIM FORM #SF 210)

PURSUANT TO CHAPTER 4.92 RCW, THIS FORM

IS FOR FILING A TORT CLAIM AGAINST THE

STATE OF WASHINGTON

LAST PAGE OF SIGNED LETTER

SENT WITH FORMS TO

SEATTLE CITY CLERK'S OFFICE

USPS PRIORITY MAIL TRACKING NUMBER

ACKNOWLEDGEMENT FROM CITY OF SEATTLE

DATED MARCH 10, 2023



**United States Department of Justice**
**Civil Rights Division**
civilrights.justice.gov

# Thank you for submitting a report to the Civil Rights Division.

## Report successfully submitted

    Your record number is: **264639-FJX**

# What to expect

### ① We review your report

Our specialists in the Civil Rights Division carefully read every report to identify civil rights violations, spot trends, and determine if we have authority to help with your report.

### ② Our specialists determine the next step

We may decide to:
**Open an investigation** or take some other action within the legal authority of the Justice Department.
**Collect more information** before we can look into your report.
**Recommend another government agency** that can properly look into your report. If so, we'll let you know.

In some cases, we may determine that we don't have legal authority to handle your report and will recommend that you seek help from a private lawyer or local legal aid organization.

### ③ When possible, we will follow up with you

We do our best to let you know about the outcome of our review. However, we may not always be able to provide you with updates because:
We're actively working on an investigation or case related to your report.
We're receiving and actively reviewing many requests at the same time.

If we are able to respond, we will contact you using the contact information you provided in this report. Depending on the type of report, response times can vary. If you need to reach us about your report, please refer to your report number when contacting us. This is how we keep track of your submission.

# What you can do next

## ① Contact local legal aid organizations or a lawyer if you haven't already

Legal aid offices or members of lawyer associations in your state may be able to help you with your issue.
American Bar Association, visit www.americanbar.org/groups/legal_services/flh-home or call (800) 285-2221
Legal Services Corporation (or Legal Aid Offices), to help you find a legal aid lawyer in your area visit www.lsc.gov/find-legal-aid or ca
(202) 295-1500

## ② Get help immediately if you are in danger

If you reported an incident where you or someone else has experienced or is still experiencing physical harm
or violence, or are in immediate danger, please call 911 and contact the police.

# Your submission

## Contact

### Contact information

### Your name
Abhijit Bagal

### Email address
abebagal@gmail.com

### Phone number
9199173839

### Address
125 Vista Brooke Drive

-

Morrisville, North Carolina 27560

### Are you now or have ever been an active duty service member?

No

## Primary concern

### What is your primary reason for contacting the Civil Rights Division?

Something else happened

## Location

Case 2:23-cv-00721-RAJ   Document 1-1   Filed 05/11/23   Page 34 of 75

## Where did this happen?

### Organization name
Seattle City Council

### Address
600 Fourth Avenue
2nd Floor
Seattle, Washington

---

## Personal characteristics

### Do you believe any of these personal characteristics influenced why you were treated this way?

Religion
Race/color
National origin (including ancestry and ethnicity)

---

## Date

### When did this happen?

2/21/2023

---

## Personal description

### In your own words, describe what happened

I am writing this complaint to you as a concerned Hindu American citizen and a first-generation immigrant of Indian/South Asian descent. I have a personal connection to Seattle as I was a graduate student at Seattle University pursuing my master's degree. I am filing this complaint against the following individuals in their official capacities as members of the Seattle City Council in Seattle, State of Washington.
1. Lisa Herbold, District 1
2. Tammy J. Morales, District 2
3. Kshama Sawant, District 3
4. Alex Pedersen, District 4
5. Debora Juarez, District 5
6. Dan Strauss, District 6
7. Andrew J. Lewis, District 7
8. Teresa Mosqueda, Position 8
On February 21st, 2023, at 2 PM, the Seattle City Council had a meeting in which they passed an alarming, racist law that expands existing anti-discrimination statutes to include "caste" as a specific category of prejudice. Introduced by District 3 Councilmember Kshama Sawant, the Seattle City Council passed the caste discrimination ordinance in a 6-1 vote. Councilmember Sara Nelson (Position 9) who cast the lone dissenting vote agreed with opponents calling the ordinance "a reckless, harmful solution to a problem for which we have no data or research."
This is in direct violation of the First and Fourteenth Amendments to the U.S. Constitution. This new "caste" law also violates 42 U.S.C. Section 1983, Due Process, and Equal Protection rights of Hindu Americans. As a Hindu American citizen and a first-generation immigrant of Indian/South Asian descent, I am filing this complaint to prevent the Seattle City Council and the Seattle Office for Civil Rights from enforcing the "caste" law and to safeguard my constitutional rights, as well as the rights of other Hindu Americans and South Asians who are similarly situated. This "caste" law is unconstitutionally vague and violates my rights

Case 2:23-cv-00721-RAJ   Document 1-1   Filed 05/11/23   Page 35 of 75

(and similarly situated individuals) under the First and Fourteenth Amendments to the United States Constitution.

The harm at issue here is significant. As the Supreme Court has repeatedly held, the "loss of First Amendment freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury." Elrod v. Burns, 427 U.S. 347, 373 (1976).

I respectfully request that your office:

1. Declares that the Seattle City Council, through the actions described above, has violated the First and Fourteenth Amendments, Due Process, and Equal Protection rights of Hindu Americans.

2. Enjoins the Seattle City Council and the Seattle Office for Civil Rights from engaging in any act or practice that seeks to define Hinduism as including a caste system or any other belief or practice.

3. Enjoins the Seattle City Council and the Seattle Office for Civil Rights from bringing any religious discrimination action based on the premise that Hindu belief and practice include a caste system.

4. Enjoins the Seattle City Council and the Seattle Office for Civil Rights from ascribing religious or moral beliefs or practices to persons or groups who expressly disclaim any such beliefs or practices.

5. Grants such other additional further relief as your office deems just and proper.

 **Gmail**

**Abhijit Bagal <abebagal@gmail.com>**

## Response: Your Civil Rights Division Report - 264639-FJX from the Administrative Section

1 message

**DOJ Civil Rights - Do Not Reply** <civilrightsdonotreply@mail.civilrights.usdoj.gov>

Tue, Mar 7, 2023 at 4:38 PM

Reply-To: civilrightsdonotreply@mail.civilrights.usdoj.gov
To: abebagal@gmail.com

Dear Abhijit Bagai,

You contacted the Department of Justice on March 6, 2023. After careful review of what you submitted, we have decided not to take any further action on your complaint.

What we did:

Team members from the Civil Rights Division reviewed the information you submitted. Based on this information, our team determined that the federal civil rights laws we enforce do not cover the situation you described. Therefore, we cannot take further action.

Your report number is 264639-FJX.

What you can do:

Your issue may be covered by other federal, state, or local laws that we do not have the authority to enforce. We are not determining that your report lacks merit.

Your state bar association or local legal aid office may be able to help with your issue even though the Department of Justice cannot.

To find a local office:

American Bar Association
www.americanbar.org/groups/legal_services/flh-home
(800) 285-2221

Legal Services Corporation (or Legal Aid Offices)
www.lsc.gov/find-legal-aid
(202) 295-1500

Thank you for taking the time to contact the Department of Justice about your concerns. We regret that we are not able to provide more help on this matter.

Sincerely,

U.S. Department of Justice
Civil Rights Division

**Note:**
**Type or Print Legibly.**
See instructions on back.

**City of Seattle**
**CLAIM FOR DAMAGES**

**CITY USE ONLY**
CLAIM NUMBER
DATE FILED

**CLAIMANT** | NAME (FIRST – MIDDLE – LAST, OR BUSINESS NAME)
ABHIJIT BAGAL | DATE OF BIRTH | HOME PHONE
919-917-3839

CURRENT HOME ADDRESS (NUMBER – STREET – CITY – STATE – ZIP) | BUS. PHONE

HOME ADDRESS AT THE TIME THE CLAIM AROSE
(NUMBER – STREET – CITY – STATE – ZIP)
125 VISTA BROOKE DR. MORRISVILLE NC   27560 | CELL PHONE

E-MAIL ADDRESS  ABEBAGAL@GMAIL.com

**ACCIDENT/LOSS** | DATE  02/21/2023 | TIME  2 PM

DIAGRAM
Use if this will help you locate or
describe what happened

**LOCATION/SITE** | BE VERY SPECIFIC: STREETS, ADDRESSES, etc.
SEATTLE CITY COUNCIL
600 FOURTH AVE. 2nd FLOOR, SEATTLE, WA

**WHAT HAPPENED?** | DESCRIBE IN YOUR OWN WORDS HOW THIS LOSS OCCURRED AND WHY YOU BELIEVE THE CITY IS RESPONSIBLE. (additional space on reverse side or attach additional pages and supportive documents as needed)

ON 02/21/2023 at 2 PM, Seattle city
Council had a meeting at which they
passed a "Caste" law that violated my rights.

NAMES, ADDRESSES, AND PHONE NUMBERS OF ALL PERSONS INVOLVED IN OR WITNESS TO THIS INCIDENT
1) FOLLOWING 8 INDIVIDUALS IN THEIR
OFFICIAL CAPACITIES OF SEATTLE CITY COUNCIL
① LISA HERBOLD ② TAMMY J. MORALES
Ph: ③ KSHAMA SAWANT   Ph:

CITY DEPT?

CITY EMPLOYEE

CITY VEHICLE NUMBER, LICENSE, etc.

**WAS YOUR PROPERTY DAMAGED?** (i.e. Home, Auto, Personal Property)
☐ YES   IF SO, THEN FULLY DESCRIBE – SUCH AS AGE, MAKE, MODEL, CONDITION, VALUE, OR EXTENT OF DAMAGE
☑ NO   (additional space on reverse side or attach additional pages and supportive documents as needed)

**WERE YOU INJURED?** ☑ YES   IF YES, THEN COMPLETE THE FOLLOWING:
☐ NO   (additional space on reverse side or attach additional pages and supportive documents as needed)
DESCRIBE YOUR INJURY (IDENTIFY YOUR DOCTOR(S))  MENTAL ANGUISH, EMOTIONAL PAIN,

SUFFERING, INCONVENIENCE, HUMILIATION, LOSS OF ENJOYMENT OF LIFE!

WAGE LOSS ☐ YES ☑ NO  IF YES, THEN RATE OF PAY: _____

KIND OF WORK_____N/A_____   EMPLOYER____N/A.____

**AMOUNT CLAIMED** (if known) $ PROVIDE COMPENSATION FOR
LOSSES DUE TO EMOTIONAL PAIN

**SIGNATURE OF CLAIMANT**
(AND TITLE, IF A BUSINESS) | I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct

This claim form must be signed by the Claimant, verifying the claim; or pursuant to a written power of attorney, by the attorney in fact for the claimant; or by an attorney admitted to practice in Washington State on the claimant's behalf; or by a court-approved guardian or guardian ad litem on behalf of the claimant.

EXECUTED this 6TH day of MARCH, 2023.
At ~~125 67TH~~ 125 VISTA BROOKE DR.
~~County, Washington~~
MORRISVILLE, NC
27560
X  ABTh

④ ALEX PEDERSEN ⑤ DEBORAH JUAREZ ⑥ DAN STRAUSS
⑦ ANDREW J. LEWIS ⑧ TERESA MOSQUEDA

## PRESENTATION OF A CLAIM

This official City of Seattle document must be signed, and the form *with original signature* (not a photocopy or scanned copy) must be mailed *or* delivered.

| Mail to: | Deliver to: |
|---|---|
| **CITY CLERK'S OFFICE** | **CITY HALL** |
| **PO BOX 94728** | 600 Fourth Ave., 3rd floor |
| **Seattle, WA 98124-4728** | Between James St & Cherry St |
| | Business Hours: Monday-Friday, 8:00 a.m.-5:00 p.m. |
| | Closed on weekends and official City of Seattle holidays |

An adjuster will be assigned to your claim after it is filed with the City Clerk's Office. **It is to your advantage** to present with your claim relevant supporting documents (receipts, cancelled checks, estimates, billings, etc.) or additional evidence (photos, diagrams, etc.). Please note that the claim form and other supporting documents filed with the City Clerk are considered public records under Revised Code of Washington Chapter 42.56, the Public Records Act. Public records are presumed subject to disclosure upon request. Additional claim forms can be downloaded from the Risk Management website: ( http://www.seattle.gov/riskmanagement/ )

## EXPLANATION OF THE CLAIMS PROCESS

Shortly after your claim is filed in the City Clerk's Office, it is delivered to the Claims Section. The claim is then assigned to an adjuster who will contact you with your assigned claim number and their contact information and then they will conduct an investigation which includes a written response from the involved department(s). The Claims Section will then evaluate and recommend a reasonable resolution of your claim which will be one of three alternatives:

1. Pay a sum of money.
2. Tender – transfer to another party or entity responsible for your alleged damages.
3. Deny – where there is no evidence of any negligence by the City of Seattle.

If you have any questions about filing then do not hesitate to call 684-8213 during normal business hours Monday-Friday, 8:00 a.m.-5:00 p.m. If you have any questions after filing, call the Claims Adjuster assigned to your claim.

CS 19.10 REV. 12/14

## THIS SPACE PROVIDED FOR ADDITIONAL INFORMATION

Also attached are the following :
(1) Standard Tort claim Form
(2) Letter with details of how the "Caste" law passed by Seattle City Council on 02/21/2023 at 2PM is Unconstitutional and violates my Civil rights.
(3) Copy of Report that I have filed to the United States Department of Justice, Civil Rights Division on 02/06/2023, RECORD # 264639-FJX

# STANDARD TORT CLAIM FORM
General Liability Claim Form #SF 210

Pursuant to Chapter 4.92 RCW, this form is for filing a tort claim
against the state of Washington. Some of the information requested
on this form is required by RCW 4.92.100 and may be subject to public
disclosure. Pursuant to the law, Standard Tort Claim forms cannot be
submitted electronically (via email or fax).

| For Official Use Only |
| --- |
|  |

## PLEASE TYPE OR PRINT CLEARLY IN INK

**Mail to:**
City Clerk's Office
P.O. Box 94728
Seattle, WA 98124-4728

**Deliver to:**
City Hall
600 Fourth Avenue, 3rd Floor
Between James St. and Cherry St.

Business Hours: Monday – Friday 8:00 a.m. – 5:00 p.m.
Closed on weekends and official City of Seattle holidays.

1. Claimant's name: _BAGAL       ABHIJIT_
   Last name        First    Middle    Date of birth (mm/dd/yyyy)

2. Inmate DOC number (if applicable): _N/A_

3. Current residential address: _125 VISTA BROOKE DR, MORRISVILLE, NC 27560_

4. Mailing address (if different): _N/A_

5. Residential address at the time of the incident: _N/A_
   (if different from current address)

6. Claimant's daytime telephone number: _919-917-3839_
   Home                              Business or Cell

7. Claimant's e-mail address: _ABEBAGAL@GMAIL.COM_

8. Date of the incident: _02/21/2023_ Time: _2_ ☐ a.m. ☑ p.m. (check one)
   02/21/2023
   (mm/dd/yyyy)

9. If the incident occurred over a period of time, date of first and last occurrences:
   02/21/2023

   from _____ Time: _____ ☐ a.m. ☐ p.m.
        (mm/dd/yyyy)                (mm/dd/yyyy)

   to _____ Time: _____ ☐ a.m. ☐ p.m.
        (mm/dd/yyyy)                (mm/dd/yyyy)

10. Location of incident: _WA, KING     SEATTLE     SEATTLE CITY COUNCIL_
    State and county    City, if applicable    Place where occurred

①

11. If the incident occurred on a street or highway:

_____

Name of street or highway          Milepost number          At the intersection with or
                                                             nearest intersecting street

12. State agency or department alleged responsible for damage/injury:

_____SEATTLE CITY COUNCIL_____

13. Names, addresses and telephone numbers of all persons involved in or witness to this incident:

FOLLOWING INDIVIDUALS IN THEIR OFFICIAL
CAPACITIES AS MEMBERS OF THE SEATTLE CITY COUNCIL:
① LISA HERBOLD   ② TAMMY J. MORALES ③ KSHAMA SAWANT
④ ALEX PEDERSEN ⑤ DEBORAH JUAREZ ⑥ DAN STRAUSS

14. Names, addresses and telephone numbers of all state employees having knowledge about this incident:

⑦ ANDREW J. LEWIS   ⑧ TERESA MOSQUEDA

15. Names, addresses and telephone numbers of all individuals not already identified in #13 and #14 above that have knowledge regarding the liability issues involved in this incident, or knowledge of the Claimant's resulting damages. Please include a brief description as to the nature and extent of each person's knowledge. Attach additional sheets if necessary.

_____
_____
_____
_____

16. Describe the cause of the injury or damages. Explain the extent of property loss or medical, physical or mental injuries. Attach additional sheets if necessary.

VIOLATION OF FIRST AND FOURTEENTH AMENDMENT
VIOLATION OF DUE PROCESS
VIOLATION OF EQUAL PROTECTION RIGHTS
DISCRIMINATION BASED ON MY RELIGION
DISCRIMINATION BASED ON MY ANCESTRY
DISCRIMINATION BASED ON MY NATIONAL ORIGIN
MENTAL ANGUISH CAUSED BY FALSE ACCUSATIONS
OF CASTE THAT HURTS MY RELIGIOUS BELIEFS
AND RESTRICTS MY RIGHTS TO PRACTICE RELIGION

PLEASE SEE ATTACHED LETTER FOR MORE DETAILS.

②

17. Has this incident been reported to law enforcement, safety or security personnel? If so, when and to whom? Please attach a copy of the report or contact information. *RECORD # 264639- FJX*

*YES, I HAVE REPORTED THIS TO THE DEPARTMENT OF JUSTICE, CIVIL RIGHTS DEPARTMENT, ON 03/06/2023*

18. Names, addresses and telephone numbers of treating medical providers. Attach copies of all medical reports and billings.

_____

_____

_____

_____

_____

_____

19. Please attach documents which support the allegations of the claim. → *ATTACHED.*

20. I claim damages from the state of Washington in the sum of $ _____ *

\* *PROVIDE COMPENSATION FOR LOSSES SUCH AS EMOTIONAL PAIN, SUFFERING, INCONVENIENCE, HUMILIATION, LOSS OF ENJOYMENT*

This Claim form must be signed by the Claimant, a person holding a written power of attorney from the *OF LIFE* Claimant, by the attorney in fact for the Claimant, by an attorney admitted to practice in Washington State on the Claimant's behalf, or by a court-approved guardian or guardian ad litem on behalf of the Claimant.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct. *03/06/2023*

*ABHIJIT BAGAL*     *125 VISTA BROOKE DR. MORRISVILLE, NC 27560*

**Signature of Claimant**     **Date and place (residential address, city and county)**

**Or**

_____     _____

**Signature of Representative**     **Date and place (residential address, city and county)**

_____     _____

**Print Name of Representative**     **Bar Number (if applicable)**

③

origin is inherently suspect." Fisher v. Univ. of Tex., 570 U.S. 297, 310 (2013) (quoting Fullilove v. Klutznick, 448 U.S. 448, 523 (1980) (Stewart, J., dissenting) (internal quotation marks omitted)). That is the case "even for so-called 'benign' racial classifications . . . ." Johnson v. Calif., 543 U.S. 499, 505 (2005) (citations omitted). As a result, this "caste" law violates the Equal Protection Clause of the Fourteenth Amendment.

Further, the Seattle "caste" law does not define "caste" clearly. "Caste" is not a term understood by people of ordinary intelligence; indeed, most Hindu Americans/South Asians who will be governed by the "caste" law are unfamiliar with the term or its meaning or contexts. Therefore, the Seattle "caste" law is unconstitutionally vague in violation of the Due Process Clause of the Fourteenth Amendment.

White American citizens of European descent have been declared to be outside the scope of Seattle City Council's "caste" law as the ordinance specifically targets people of color based on their national origin, ancestry, and religion such as Hindus from South Asia. This is both ironic (since "caste" came from the word "casta" which means "lineage" in Spanish and Portuguese) and Unconstitutional.

As a Hindu American citizen and a first-generation immigrant of Indian/South Asian descent, I am filing this complaint to prevent the Seattle City Council and the Seattle Office for Civil Rights from enforcing the "caste" law and to safeguard my constitutional rights, as well as the rights of other Hindu Americans and South Asians who are similarly situated. This "caste" law is unconstitutionally vague and violates my rights (and similarly situated individuals) under the First and Fourteenth Amendments to the United States Constitution. The harm at issue here is significant. As the Supreme Court has repeatedly held, the "loss of First Amendment freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury." Elrod v. Burns, 427 U.S. 347, 373 (1976).

I respectfully request that your office:

1. Declares that the Seattle City Council, through the actions described above, has violated the First Amendment, Due Process, and Equal Protection rights of Hindu Americans.
2. Enjoins the Seattle City Council and the Seattle Office for Civil Rights from engaging in any act or practice that seeks to define Hinduism as including a caste system or any other belief or practice.
3. Enjoins the Seattle City Council and the Seattle Office for Civil Rights from bringing any religious discrimination action based on the premise that Hindu belief and practice include a caste system.
4. Enjoins the Seattle City Council and the Seattle Office for Civil Rights from ascribing religious or moral beliefs or practices to persons or groups who expressly disclaim any such beliefs or practices.
5. Grants such other additional further relief as your office deems just and proper.


Sincerely,

Abhijit Bagal          Dated: March 06, 2023

125 Vista Brooke Drive, Morrisville, NC 27560    Email: abebagal@gmail.com    Phone: 919.917.3839

Credit Card Remit                                    $9.65
    Card Name: VISA
    Account #: XXXXXXXXXXXXX8172
    Approval #: 006879
    Transaction #: 601
    AID: A0000000031010          Chip
    AL: VISA CREDIT
    PIN: Not Required

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
                    1-800-222-1811.

    Save this receipt as evidence of
insurance. For information on filing an
        insurance claim go to
https://www.usps.com/help/claims.htm
      or call 1-800-222-1811

        Preview your Mail
        Track your Packages

 **Seattle**
City Finance ───────────────────────────────────────────

March 10, 2023

Abhijit Bagel
125 Vista Brooke Dr
Morrisville, North Carolina
27560

RE:     City of Seattle Claim for Damages:        23-0540

Abhijit Bagel:

We are in receipt of your claim as referenced above. This claim has been shared with the City Attorney's Office. We do not guarantee any decisions will be made at the claims stage and you should act to protect your rights.

Sincerely,

***Sent Without Signature to Avoid Delay***

Joel Lambert
Claims Manager
Risk Management Division

# EXHIBIT – D

DETAILS AND TIMELINE OF THE CISCO CASE
FROM THE *"CASTE/GATE/FILES"* REPOSITORY:
*"CASTE/GATE/FILES"* IS A FACT-BASED, GRASSROOTS,
CROWD-SOURCED, WHISTLEBLOWER PLATFORM OF
NON-PARTISAN, INDEPENDENT AMERICAN VOLUNTEERS
POLITICALLY AGNOSTIC AND ISSUE BASED
PLAINTIFF IS A VOLUNTEER FOR *"CASTE/GATE/FILES"*

*"CASTE/GATE/FILES"* RULES OF ENGAGEMENT:
PUBLISH PUBLICLY AVAILABLE DATA ONLY
OBJECTIVE DETAILED VERIFIABLE ALLEGATIONS
NOT BASED ON ANY SPECULATION OR RUMORS
NO ABUSIVE LANGUAGE OR PERSONAL ATTACKS
VOICE OF THE SUBALTERN VIEWPOINT
CHALLENGE FALSE/FAKE NARRATIVES
PROVIDE EVIDENCE BASED INFORMATION
CHALLENGE UNCONSTITUTIONAL ACTS
DEBUNK DEMEANING STEREOTYPES
ENSURE EQUAL PROTECTION OF THE LAW
SUSTAIN INDIVIDUAL LIBERTY OF ALL AMERICANS
PREVENT GOVERNMENT OVERREACH AND ABUSE
RESTORE SEPARATION OF POWERS – CHECKS & BALANCES
PROMOTE DIGNITY, MUTUAL RESPECT, PLURALISM
ACTIVE PARTICIPATION IN LOCAL COMMUNITIES

## Key Facts of the Cisco caste case

There is only one legal case on the issue of caste-discrimination in the United States to date. It involves an allegation of caste-based discrimination in the state of California at Cisco.

On April 10, 2023 the California Civil Rights Department voluntarily dismissed with Prejudice its case in Superior Court against Cisco Systems engineers Sundar Iyer and Ramana Kompella, who faced allegations of caste based discrimination. There has been no ruling yet on whether any form of caste-based discrimination or harassment had in fact occurred.

The State of California's Department of Fair Employment and Housing sued Cisco Systems in June 2020, accusing the company of engaging in unlawful employment practices over a claim by an Indian-origin employee (John Doe) that two managers, also of Indian origin, allegedly discriminated against him on the basis of his assumed caste. The case was initially filed in federal court, but has since been re-filed in state court. Cisco Systems is promising a rigorous defense, rejecting the claim of discrimination.

After a case conference in December 2022, it appeared from filings that the state would consider dismissing its case against the two named defendants if they did not file a Motion for Sanctions. On January 23, 2023, defendants proceeded to file a Motion for Sanctions alleging *prosecutorial abuse, suppressing key evidence* and *fabricating evidence.*

Below are some excerpts from the motion:

1. Iyer has remained publicly irreligious for over 20 years, yet the CRD assigns him a religion and caste.
2. Iyer's extended family consists of at least two relatives who self-identify as Dalit.
3. Iyer has known Doe, who self-identifies as Dalit, since they attended the Indian Institute of Technology together, more than 20 years ago. Based in part upon that long-standing relationship, Iyer recruited and hired Doe to join him at Cisco to work on a high-profile project.
4. Far from being the "untouchable" victim described in the lawsuit, Doe earned several millions of dollars working for Cisco with Iyer and Kompella as Principal Engineer. To incentivize his team, Iyer **gave away millions of dollars,** the **entirety** of his own equity as CEO of the high-profile project, to employees including Doe. Doe was among the highest compensated employees in the group. Yet Plaintiff, on behalf of Doe, alleges that Doe was denied compensation increases which amounted to only a few thousand dollars.
5. The high-profile Cisco project that Plaintiff claims as "entirely Indian" in which Doe was "lone Dalit," and had a "hostile-to-Dalit" environment, was staffed with several non-Indian employees and at least one other self-identifying Dalit.
6. **Iyer hired, mentored, and championed another self-identified Dalit, and subsequently offered that individual the role leading the high-profile project.** To this day, and upon information and belief, CRD has not interviewed this person.

7. During Doe' tenure, **all three leadership positions in the high-profile project were first offered to (or accepted by) a candidate that self-identified as Dalit**, and two such offers (including the Head of Engineering position) were made **prior** to any purported complaints of caste discrimination.
8. Kompella was unaware of Doe's caste at the time he allegedly harassed Doe.

The timeline below highlights key facts from court filings and other publicly available information, which have been overlooked by most of the media coverage surrounding the case.

### Court Filings

April 10, 2023
- CRD's Voluntary Dismissal with Prejudice

March 2023
- Defendant's Withdrawal of Motion for Sanctions

January 11, 2023
- Defendants' Notice of Motion and Motion for Sanctions
- Memorandum of Law Supporting Motion for Sanctions

December 30, 2022
- Case Management Filing

November 3, 2021
- Demurrer (Motion to Dismiss)
- Liburtin Declaration

February 11, 2021
- Court Order Denying DFEH's Motion to Proceed Using Fictitious Name

January 26, 2021
- Motions to Oppose Fictitious Name
  - Defendants Iyer and Kompella Motion to Oppose Fictitious Name
  - Cisco's Motion to Oppose Fictitious Name
  - Iyer Declaration
  - Kompella Declaration

January 7, 2021
- HAF's Motion to Intervene
- DFEH Complaint

Court filings also available at Public Portal - Superior Court of California, County of Santa Clara (search term 'Kompella')

**APRIL 10, 2023 CASE DISMISSED**

Legend:
- Court Filings
- LinkedIn
- Other source

Timeline: 2015 — 2016 — 2017 — 2018 — 2019 — 2020 — 2021 — 2022/23

**2000**
Publicly available personal website indicates Sundar Iyer professed to be intellipubuslagnostic.

---

**SEPTEMBER**
Candid cofounded by Iyer (A Cisco Alpha company), who was the "CEO" (Overall Head).

**OCTOBER**
Iyer solicits, recruits, and hires Doe

Iyer offers Doe as Principal Engineer

Iyer offers Doe a competitive starting salary and generous stock grants.

Iyer and Doe classmates from IIT Bombay

Doe's stock grants were worth several millions.

Iyer distributed 100% of his CEO equity to his team, including to Doe.

---

**NOVEMBER 21**
Doe files an internal complaint with Cisco after claiming he was not given the Head of Engineering, position due to his being a Dalit and Iyer allegedly "coding" his caste one year earlier. Doe does not claim he applied for the position nor that he was equally qualified to those being offered the position.

Note: Head of Engineering had already been offered to the SC/Dalit holding the other Head position.

**NOVEMBER**
Kompella is made stuke Head of Engineering in an overall restructuring of start-up. Can reduce that the other Head, again held by a self-identified SC/Dalit, did not accept second Head position.

**OCTOBER**
Four of eight employees, including Doe, did not get raises (in the low thousands of dollars).

**BEFORE NOVEMBER (~SEPTEMBER/OCTOBER)**
Iyer recruits and hired another individual who is a self-identified member of a Scheduled Caste or SC, referred by some as Dalit, to first Head position.

Subsequently same self-identified SC/Dalit is offered the second Head position (Head of Engineering).

---

**BEFORE JANUARY 2018**
Iyer pitches the "CEO" (Overall Head) position to self-identified SC/Dalit who already held the first Head leadership position in the start-up.

**BEFORE JANUARY 2018**
Iyer champions promotion for self-identified SC/Dalit Head.

It appears as can be deduced that the only leadership promotion championed by Iyer was for the self-identified SC/Dalit Head (Kompella was promoted to CEO April 2019, an entire year after Iyer left the group).

---

**JULY 30**
John Doe files report with DFEH for race/ancestory discrimination and retaliation based on 2016 Head of Engineering reorganization. He also alleges additional retaliation by Iyer on being denied the R&D position by Gupta despite Iyer having left six months earlier.

**JULY**
Doe not offered Director of R&D by Supervisor Rajeev Gupta

**– FEBRUARY-MAY**
Tom Edsall, Kompella's supervisor, during a meeting with both Doe and Kompella present, instructs Doe to submit weekly status reports

**FEBRUARY**
Kompella made interim Head of the entire Candid project (replacing Iyer) until permanent Head found

**JANUARY**
Iyer leaves Candid/Network Assurance Engine to distance himself from Doe

---

**SEPTEMBER**
Kompella temporarily resigned to escape the stress of the lawsuit and media coverage and recuperate.

---

**MARCH**
Cisco court filings point to several procedural irregularities by the DFEH including but not limited to failure to properly and timely serve process and tampering with timelines.

**JUNE**
DFEH claims Kompella following his manager, Tom Edsall's order for Doe to file weekly status reports in a caste-based harassment

**JUNE**
DFEH claims salary discrimination in October 2016 for a few thousands of dollars despite Doe having made several millions from Iyer's distributing his CEO stock grants in their entirety, including to Doe.

**JUNE**
After spending two years investigating the complaint, DFEH files in Federal court claiming caste discrimination on Doe as the "one Dalit" in an "entirely Indian" group with Doe claiming "lowest status," and in an environment "hostile to Dalits."

Court filings show that 1) Doe was not the only Dalit; 2) the group had several non-Dalits; 3) Doe had the "joint highest grade," and all three Head positions were first offered to and/or accepted by another self-identified SC/Dalit.

---

**JANUARY 11, 2023**
Iyer and Kompella filed a Motion for Sanctions arguing that the CRD did not have an actual belief in the allegations nor factual basis in its Complaint made in support of John Doe's claim for caste issue harassment

**DECEMBER 30, 2022**
In a case management filing, it appeared that the DFEH (CRD), as a meet and confer conference, agrees to voluntarily dismiss the case against Defendants Iyer and Kompella, in spite of the significant investment in publicity around the case and even more apparent lack of arbitration. The filing stated that the reviewers was pending approval of the Director of the CRD and that the approval was expected shortly

**FEBRUARY**
Judge denies DFEH's Motion to Proceed with Fictitious Name and refuses judicial notice of articles and reports submitted by State for lack of relevance to case. Judge calls out DFEH's position as "speculative" and "specious"

These include self-referential press coverage of Cisco case, Op Eds, articles and reports of caste dynamics in India unrelated to the case or the US

Judge also denied judicial notice of the self-described "unscientific" Equality Labs report which the DFEH has heavily relied upon.

**JANUARY**
HAF files a Motion to Intervene to prevent the state's overreach and violation of Hindu American rights under the First and Fourteenth Amendment and California's Unruh Civil Rights Act on the basis of First Amendment, Due Process, and Equal Protection.

Subsequent court filings indicate that despite Iyer not identifying as a Hindu, the State has assigned him both a religion and caste in violation of the First

# Caste Gate

Home  >  Knowledge Base  >  The Publicly Known Timeline Of The Cisco Caste Discrimination Case

# The Public Timeline Of The Cisco Caste Discrimination Case

## The bizarre facts that point to the California Civil Rights Department's (CRD, previously DFEH) corruption

| Sr. No. | DATE | SEVERITY | EVENT | SOURCE |
|---|---|---|---|---|
| 1 | Sep 2015 | | The co-defendant Mr. Iyer incubates an internal startup at CISCO. Mr. Iyer is the Co-founder, overall Head, and CEO of the startup. | Mr. Iyer's LinkedIn, Mr. Iyer's Bio. |
| 2 | Oct 2015 (a) | | Mr. Kompella the co-defendant along with several others are hired by Mr. Iyer as 'Principal Engineers.' | Mr. Kompella's LinkedIn. |
| 3 | Oct 2015 (b) | Same Actor Inference | John Doe is personally solicited (in part due to his long-standing relationship with Doe as a batchmate at the Indian Institute of Technology) and hired as a 'Principal Engineer' by Mr. Iyer despite his alleged knowledge of Doe's caste. The DFEH would later file a caste discrimination claim directly **contrary** to **Same Actor Inference**. As Cisco later explains, "When same allegedly | Iyer Declaration, pg. 2, ln. 3 and DFEH Complaint. |

5/4/23, 4:24 PM

Case 2:23-cv-00721-RAJ  Document 1-1  Filed 05/11/23  Page 50 of 75
The Publicly Known Timeline Of The Cisco Caste Discrimination Case - Caste Gate

discriminatory actor previously selected plaintiff for favorable treatment, this creates an inference of nondiscrimination" [Cisco Demurrer, pg. 7, ln. 18-19].

| | | | | |
|---|---|---|---|---|
| 4 | Oct-Nov 2015 | Same Actor Inference | John Doe and other principal engineers report directly to Mr. Iyer, and are given the joint **highest** grade in the group. Mr. Iyer generously **bequeaths 100% of his CEO equity** worth several million dollars to all his employees, **including** to John Doe. John Doe receives millions worth of equity in this process due to this decision by Mr. Iyer. | Iyer Declaration, pg. 2, ln. 3-8. [Also: Motion for Sanctions, pg. 10, ln.16.] |
| 5 | Nov 2015 – 2016 | Same Actor Inference | In this period, John Doe is offered multiple leadership opportunities by Mr. Iyer showing **nondiscriminatory** intent (see: Same Actor Inference). Doe's performance or lack thereof is not known from the current public court records. | Iyer Declaration, pg 2, ln. 18-21. |
| 6 | Q3 2016 | | Mr. Iyer solicits for the first Head position within the Group/startup and **awards it to a meritorious self-identifying Dalit** candidate (further referred to as *Meritorious Dalit* to distinguish him from the Dalit plaintiff, John Doe.) | Iyer Declaration, pg 2, ln. 11-12. [Also: Motion for Sanctions, pg. 10, ln.24-28.] |
| 7 | Q3 – Q4 2016 (a) | | Mr. Iyer solicits the second Head position of Engineering and **also awards this Head position initially to the *Meritorious Dalit*. *Meritorious Dalit* presumably refused this second | Iyer Declaration, pg. 2, ln. 12-13. [Also: Motion for Sanctions |

5/4/23, 4:24 PM

Case 2:23-cv-00721-RAJ   Document 1-1   Filed 05/11/23   Page 51 of 75
The Publicly Known Timeline Of The Cisco Caste Discrimination Case - Caste Gate

| | | | Head position because Mr. Iyer eventually offers the position to Mr. Kompella (co-defendant in the CISCO case). | pg. 10, In.24-28.] |
|---|---|---|---|---|
| 8 | Q3 – Q4 2016 (b) | Frivolous / Sanctionable / Hiding Key Evidence | John Doe **does not apply** for the open Head of Engineering position. **Note**: Later on**, the CRD would **shockingly hide** this fact from the judge and claim discrimination for Doe not being awarded the Head of Engineering position. | Cisco Demurrer (filed Nov 2, 2020), In. 26, pg. 7, "that he ever wanted it". Also In. 15, pg. 10, "which he doesn't allege he requested or wanted". |
| 9 | Nov 2016 | | Mr. Kompella is offered Head of Engineering as part of a comprehensive organizational change. | DFEH Complaint [pg. 8, In. 19-21] Cisco Demurrer ['teamwide reorganization' pg.10, In. 19] |
| 10 | Nov 21st 2016 | Frivolous / Sanctionable / Hiding Key Evidence | John Doe files a Dalit caste discrimination complaint with CISCO HR, claiming discrimination for not being awarded the Head of Engineering position. It is important to note that this position **was first offered** to the *Meritorious Dalit!* The DFEH **hides** this fact (despite their knowledge since 2018 [pg. 10, In. 5]) from the judge in their June 2020 complaint. | DFEH Complaint. |
| 11 | Nov-Dec 2016 | Frivolous / Sanctionable | John Doe files for caste-based salary discrimination for not being awarded a few thousand | Cisco Demurrer and |

| | | / Hiding Key Evidence | dollars of salary increment in October 2016, despite Mr. Iyer having given his entire CEO equity (which amounted to millions of dollars) to all his employees including John Doe, who **as a result was making several millions of dollars more than his CEO, Mr. Iyer.** | Iyer Declaration. |
|---|---|---|---|---|
| 12 | 2016-2018 (a) | | John Doe files several internal complaints with CISCO HR complaining of caste discrimination, harassment, and retaliation. After multiple reviews by independent HR personnel, these allegations were found **unsubstantiated** by Cisco Systems. | DFEH Complaint, Cisco Demurrer [pg. 3, ln. 12-15], and Cisco Caste Blog para. 5. |
| 13 | 2016-2018 (b) | | Mr. Iyer continues to champion *Meritorious Dalit* for his career growth, in addition to having awarded him Head leadership positions in the past. Between the Q4 of 2017 and Q1 of 2018, Mr. Iyer also **offers his title of the overall Head** (CEO) to the *Meritorious Dalit*. | Iyer Declaration, pg. 2, ln. 14. |
| 14 | Q4 2017 – Q1 2018 | | Defendant Iyer "recruited, mentored, and promoted meritorious personnel who self-identified as Dalit, including within the current group at Cisco." [Opposition to DFEH's Motion to Proceed Using a Fictitious Name, pg. 4, ln. 12-13]. Also, LinkedIn records and Mr. Iyer's declaration [pg. 2, ln. 9-14] show that Iyer **promoted this *Meritorious Dalit* to a** | Mr. Iyer and Mr. Kompella's Opposition to Plaintiff California DFEH's Motion to Proceed Using a Fictitious Name, filed 1/12/2021, ln. 12-13, pg. 4. |

senior management position after *Meritorious Dalit* does not accept the title of the overall Head of the group (CEO).

| 15 | Q1 – Q2 2018 | | Mr. Iyer transitions out of the group after the internal start-up is absorbed by CISCO, and also to **distance himself** from Doe. Mr. Kompella takes over as the interim Head of the group. | DFEH Complaint, Cisco Demurrer, and Iyer Declaration (pg. 2, ln. 23-24.) |
| --- | --- | --- | --- | --- |
| 16 | Q1-Q2 2018 | | Mr. Iyer has not **promoted** anyone other than *Meritorious Dalit* to a senior management position in his entire tenure at Cisco (since even Mr. Kompella, the alleged 'Brahmin' co-defendant, and the interim Head of the group, is only promoted a full year later in 2019, **after** Iyer left the group.) | Mr. Kompella's Linkedin. |
| 17 | Q2 2018 | Frivolous / Sanctionable / Racism | Mr. Kompella asks John Doe for weekly status reports on request from his manager Tom Edsall. Two years later the DFEH sues Kompella (not Edsall, a white American) for caste-based harassment [pg. 13, ln. 7]. And despite Doe **not having filed** [Kompella Declaration, pg. 2 ln. 2-11.] any internal complaint alleging caste-based harassment on this matter. | DFEH Complaint and Mr. Kompella's Declaration [pg. 2 ln. 2-11.] |
| 18 | May 2018 | | Mr. Gupta is appointed as the new overall Head of the group. | DFEH Complaint, pg. 11, ln. 4-5. |

5/4/23, 4:24 PM

Case 2:23-cv-00721-RAJ   Document 1-1   Filed 05/11/23   Page 54 of 75
The Publicly Known Timeline Of The Cisco Caste Discrimination Case - Caste Gate

| 19 | Q3 2018 | | Mr. Gupta rates John Doe as **deficient** in 6 out of 8 criteria and does not award him the position of Director of Research Operations. | DFEH Complaint, pg. 11, ln. 6-12. |
|---|---|---|---|---|
| 20 | Jul 2018 (a) | | On not being awarded the position of Director of Research Operations, John Doe claims this as retaliation by Mr. Iyer and files a complaint to Cisco HR. The DFEH would later support this **purely conclusory** [pg. 14, ln. 3-7] retaliation claim, despite Mr. Iyer having already transitioned out of the group 6 months ago. | DFEH Complaint, pg.11, ln. 2-7. |
| 21 | Jul 2018 (b) | | John Doe files an administrative complaint with DFEH, a governmental body. | DFEH Complaint, pg. 5, ln. 9-17. |
| 22 | Oct 2018 | | Doe files a revised administrative complaint with DFEH in October 2018 naming defendants Mr. Iyer and Mr. Kompella | DFEH Complaint, pg. 5, ln. 9-17. |
| 23 | 2018-2020 | | DFEH becomes aware of all the facts through its 2-year long investigation and mediation. The DFEH's knowledge of uncontradicted facts since 2018 is also re-confirmed by the defendants in their Motion for Sanctions [pg. 10, ln. 5]. | DFEH Complaint, pg. 5. |
| 24 | June 30th 2020 (a) [Refiled: Oct 16th 2020] | Frivolous / Sanctionable / Hiding Key Evidence | DFEH files the lawsuit alleging Dalit caste discrimination in a group **hiding** the uncontradicted fact [Motion for Sanctions, pg. 10, ln. 5] that **all three Head positions** were first offered to | DFEH Complaint. [Also: Motion for Sanctions, pg. 10, ln.26-28.] |

another *Meritorious Dalit*! The DFEH later refiles the case in State court in October 2020.

| 25 | June 30th, 2020 (b) [Refiled: Oct 16th 2020] | Fabrications | DFEH alleges that, 'except for Doe, the entire team are also from the high castes in India'. Court records will later [Motion for Sanctions, pg.10, ln. 5] show these claims of Doe being a (1) a 'lone Dalit' who worked in a group consisting of, (2) 'entirely Indians', of, (3) 'all upper castes' were **deliberately fabricated** despite knowledge to the **contrary** by the CRD since 2018. | DFEH Complaint [pg. 3, ln.1-3] and Motion for Sanctions |
| --- | --- | --- | --- | --- |
| 26 | June 30th 2020 (c) [Refiled: Oct 16th 2020] | Unethical | DFEH also alleges salary discrimination by Iyer, for Doe not getting a few thousand dollars in salary increment in Oct 2016, despite Iyer having awarded Doe several million dollars in stock grants, and having sacrificed 100% of his CEO equity to his employees, including to Doe. These are the DFEH's **tax-payer-funded ethics**. | DFEH Complaint, ln. 9, pg. 3 and ln. 6, pg. 10. |
| 27 | June 30th 2020 (d) [Refiled: Oct 16th, 2020] | Constitutional Violation of First Amendment | The DFEH in their complaint defines caste, as a "strict HINDU social and religious hierarchy". The DFEH in their complaint assigns Mr. Iyer a Hindu caste. This is **malicious** as the DFEH knew since 2018 as "these uncontradicted facts were provided to Plaintiff during the investigation of Doe's | DFEH Complaint, Iyer's Stanford Webpage, Iyer Declaration. [Also: Motion for Sanctions, pg. 10, ln.4-5 |

5/4/23, 4:24 PM

Case 2:23-cv-00721-RAJ   Document 1-1   Filed 05/11/23   Page 56 of 75
The Publicly Known Timeline Of The Cisco Caste Discrimination Case - Caste Gate

administrative complaint" [pg. 10, ln. 5-6]. They would also have known from public data, that Mr. Iyer is publicly irreligious for decades, **violating** an American citizen's right to freedom of religion under the 1st Amendment.

| 28 | June 30th 2020 (e) | Spurious Claim | The DFEH in a **press-hungry** move immediately publicizes their lawsuit, while also claiming from the Equality Labs (self-acknowledged, unscientific) survey that "67% of Dalits reported being treated unfairly at their American workspaces". Judge Drew Takaichi would later **discard** [See Timeline: Feb 11, 2021] this spurious survey. | DFEH press release. |
| 29 | June 30th 2020 (f) | Tampering with Dates | DFEH **misleads** the court and claims without attaching any proof that they served the legal charges (Service of Process) to Mr. Iyer and Mr. Kompella in October 2018 meeting the legally stipulated December 2018 deadline. | DFEH Complaint, pg. 5, ln. 21-22. |
| 30 | June 30th 2020 (g) | Fabrication | The DFEH claims that the defendant Kompella, 'with the new title of Head of Engineering, received a raise of approximately 15%'. But court records show, that this title **did not** 'come with any additional benefits or compensation'. | Mr. Kompella's Declaration [pg. 1, ln. 21-23] |



5/4/23, 4:24 PM

Case 2:23-cv-00721-RAJ   Document 1-1   Filed 05/11/23   Page 57 of 75
The Publicly Known Timeline Of The Cisco Caste Discrimination Case - Caste Gate

| 31 | October 16th, 2020 (a) | | DFEH voluntarily dismisses their federal court complaint, and re-files in state court. for tactical reasons, to **avoid** arbitration. | Cisco Demurrer pg. 1, ln 6-7, and pg. 6, ln. 12. |
| 32 | October 16th, 2020 (b) | Racial Profiling | DFEH files a motion to anonymize Doe making claims that, "Dalit Indians in the United States, once their caste is revealed, have been **raped**, **attacked**, and **spat on** because of their caste" [pg. 6, ln. 16-18]. The DFEH would later **repeat** these rape allegations in their Writ Petition in the Appeals Court in March 2021. | Motion to Proceed Using a Fictitious Name |
| 33 | Oct 27th, 2020 | Contradiction | DFEH claims that Doe's caste status is **private** and submits Doe's declaration, "I do not share my caste with others, even my close friends." [Doe Declaration, pg.2, ln.2]. However, Doe then **contradicts himself and the DFEH twice** in his own declaration. (1) He states, Iyer was aware of his caste because they attended [the Indian Institute of Technology] at the same time." [Doe Declaration, pg. 2, ln. 26] (2) He also states "a lot of my classmates [in school] knew about my caste ..." [Doe Declaration., pg. 2, ln. 3-4.] | John Doe Declaration. |
| 34 | Nov 2nd, 2020 (a) | Contradiction | DFEH also submits Mr. Yengde's declaration [pg.3, ln. 25] which **contradicts** the caste privacy claim by the DFEH by stating that caste can be inferred from | Yengde Declaration. |

5/4/23, 4:24 PM

Case 2:23-cv-00721-RAJ   Document 1-1   Filed 05/11/23   Page 58 of 75
The Publicly Known Timeline Of The Cisco Caste Discrimination Case - Caste Gate

one's last name and other public markers.

| 35 | Nov 2nd, 2020 (b) | Speculation | DFEH alleges a risk of retaliatory physical or mental harm to Doe via Doe's declaration, "I am deeply concerned that Cisco, Iyer, and Kompella **will publicly disclose** my identity to people in our professional and social community" [Doe Declaration, pg. 3, ln. 6], and also claims a **possibility** of such harm via his shared social network with Mr. Iyer [Doe Declaration, pg. 3, ln. 7-9]. Judge Takaichi would later rule that as speculation [pg. 4, ln. 25] not **evidence.** | John Doe Declaration. |
| 36 | Nov 2nd, 2020 (c) | Unscientific Evidence | Equality Labs (a group founded by openly Hinduphobic activist Thenmozhi Soundararajan) formally attempts to add their **self-acknowledged, unscientific, web survey on caste** into the record. By Equality Lab's own admission, "it is **unclear** whether the Caste distribution in our survey reflects the actual distribution of Caste groups of South Asians in the diaspora, or that some groups disproportionately participated." | Thenmozhi Soundararajan Declaration and Equality Labs Survey, Nov 2nd, 2020 [pdf pg. 24, ln.3; pdf pg. 23, ln.9]. |



Equality Lab plainly states that there is "**no existing data** . . . to correlate [the report's] findings." [Opposition to DFEH's Motion to Proceed Using a Fictitious Name, **pg. 4, ln. 25**]

| 37 | Nov 2nd, 2020 (d) | Irrelevant Evidence | The DFEH even requests the judge to take **judicial notice** of this unscientific survey! They also request notice of press articles, many of which are irrelevant to the case or simply repeat the allegations in the Cisco case … driven by the plaintiff's own media outreach. | DFEH Request for Judicial Notice, filed Nov 2nd 2020. |
| --- | --- | --- | --- | --- |
| 38 | Nov 2nd 2020 (e) | Racial Profiling | The DFEH repeatedly smears Hindu Americans, and quotes from the unscientific survey, unbelievable statistics (**contradicted** by the absence of any police records) that, "found that in America, 1 in 4 Dalits surveyed experienced **physical assault**". Equality Labs **doubles down** on this claim quoting "26% of Dalits who responded said that they had faced physical assault in the United States based on their caste". | Equality Labs Survey [pdf pg. 34, ln. 1-3; also pdf pg. 28]. |
| 39 | Nov 2nd 2020 (f) | Xenophobia | The DFEH attorney, Siri Thanasombat, **smears** all Indian managers, by filing as "**evidence**" a statement by 30 women in Silicon Valley, claiming to be Dalit, who *anonymously* accuse their Indian managers of *unspecified* casteism, *without naming* any specific incident, *without naming* their alleged | Dalit Women Statement, incorporated in Siri Thanasombat Declaration, pg. 21, Nov 2nd 2020. Also available in T |

casteist managers or co-workers, *without giving any specifics* of any casteist comments directed on them, *without location, date, time or any details or any collaborating witnesses* while concluding that "working with Indian managers is a living hell". **Note**: Judge Takaichi would later (see Timeline, Feb 11th 2021) rule this as not evidence.

Washington Post.

| 40 | Nov 2nd 2020 (g) | Xenophobia | CRD needlessly politicizes and **attacks** Indian Prime Minister Modi by claiming "an increase in male chauvinism after the election of Indian prime minister, Modi" (**ironically** known to be from a "lower caste", and who enjoys widespread support from all "castes" in India). **Note**: Judge Takaichi would later (see Timeline, Feb 11th 2021) rule this as not evidence. | Dalit Women Statement, incorporated in Siri Thanasombat Declaration, pg. 22, Nov 2nd, 2020. Also available in The Washington Post. |
|----|----|----|----|----|
| 41 | Nov 2nd, 2020 (h) | Tampering with Dates | Cisco **contradicts** the DFEH's **deceptive** claim (**feigning to the judge**) of timely service of process by stating, "Moreover, Iyer and Kompella were not served with the charge on October 9, 2018. Instead, they were not served with the charge until late March 2019". In the interim 2 years, the DFEH has not produced **any evidence** to the contrary. | Cisco Demurrer, pg. 4, footnote 4. |
| 42 | Nov 2nd, 2020 (i) | Tampering with Dates | DFEH claims that Doe complained and hence Mr. Iyer retaliated and denied Doe a | Cisco Demurrer, pg. 14, ln. 8-9. |

5/4/23, 4:24 PM

Case 2:23-cv-00721-RAJ  Document 1-1  Filed 05/11/23  Page 61 of 75
The Publicly Known Timeline Of The Cisco Caste Discrimination Case - Caste Gate

salary raise. Cisco **counters** this **deceptive** cause-and-effect claim, by stating, "that the only alleged denial of a raise occurred in October 2016, **before** Doe ever complained. Cisco **could not have** retaliated against Doe for complaints he had not yet made."

| 43 | Nov 2nd, 2020 (j) | Contradiction | DFEH's makes an **self-contradictory**, **manipulative** claim that Doe (while being compensated in **millions**) was denied a few thousands of dollars raise due to his 'lower-caste', despite stating that 4 of 8 employees (all of whom they forcibly call upper-caste) simultaneously did not receive a raise. Thus by their own admission, there were more upper-caste employees who did not receive a raise! | Cisco Demurrer, pg. 7, ln. 21-22. |
| 44 | Nov 2nd, 2020 (k) | Inconsistency | Doe makes a vague reference to Iyer making a discriminatory comment about a Muslim candidate. However, public records show that Iyer recruited a senior Muslim co-founding engineer on his team. Iyer also appears to have recruited this Muslim candidate in his previous start-up and even previously at Cisco Systems. Public records show Iyer also recruited two other senior Muslim candidates into the same team. | DFEH Complaint, pg. 9, ln. 4. |



| 45 | Nov 3rd, 2020 (a) | Same Actor Inference | Cisco **challenges** DFEH's caste discrimination allegations stating "Iyer actively recruited and hired Doe to work with him in a highly coveted position at Cisco earning top compensation, even by Silicon Valley standards. (When **same allegedly discriminatory actor** previously selected plaintiff for favorable treatment, this creates "an inference 0f nondiscrimination"). | Cisco Demurrer, pg. 7, ln. 15. |
| --- | --- | --- | --- | --- |
| 46 | Nov 3rd, 2020 (b) | Inconsistency | Cisco mentions, "As Doe acknowledges, Cisco, which does not tolerate discrimination of any sort, investigated Doe's contention. Doe further acknowledges that, at Doe's request, Cisco conducted a **second level [independent]** review 0f the investigation's findings". Thus Doe's self-acknowledgment is **inconsistent** with DFEH's claim that Cisco ignored Doe's complaints and failed to recognize casteism [pg. 10, ln. 13-15]. | Cisco Demurrer, pg. 1 ln. 16-18 Also, see Cisco Caste Blog |
| 47 | Nov 3rd, 2020 (c) | Unsupported, Conclusory | Cisco counters that the CRD [despite 5 years since Doe was employed] makes **conclusory claims** [pg. 9, ln 24; pg. 13, ln 24], where no specific actions are pled [pg. 9, ln. 25], while "vaguely referencing, | Cisco Demurrer. |

5/4/23, 4:24 PM

Case 2:23-cv-00721-RAJ   Document 1-1   Filed 05/11/23   Page 63 of 75
The Publicly Known Timeline Of The Cisco Caste Discrimination Case - Caste Gate

unspecified discriminatory
comments".

| 48 | Nov 3rd, 2020 (d) | Inconsistency | Cisco's Demurrer [pg. 10, ln.16] mentions that DFEH "cannot point to **ANY** event where his [Doe] caste was mentioned or referenced, [other than the truthful acknowledgement of Doe's IIT rank]". Defendant Iyer also mentions that his several generous actions towards Doe do not align with Doe's allegations, and specifically about Iyer making **ANY** statement about Doe being from a scheduled caste. | Mr. Iyer and Mr. Kompella's Opposition to Plaintiff California DFEH's Motion to Proceed Using a Fictitious Name, pg. 2 ln. 3-12. |
| 49 | Nov 3rd, 2020 (e) | Unethical | CISCO releases a blog giving a clean chit to Mr. Iyer and Mr. Kompella, and also expresses dismay at the **highly unusual** tactic of naming the managers, "who would face abuse on social media with no chance to be heard or defend themselves." Further, Cisco mentions that DFEH and Doe have insisted on keeping Doe's identity confidential, a courtesy neither he nor the DFEH extended to the defendants. This bullying tactic by the DFEH is all the more **unethical** given the now public facts of this case. | Cisco Caste Blog. |
| 50 | Nov 3rd, 2020 (f) | Xenophobia / Irrelevant Evidence | Cisco **defends** its Indian employees, and files a motion to strike CRD's immaterial broad- | "Memorandum Of Points And Authorities In |

| | | | | |
|---|---|---|---|---|
| | | | based **allegations attacking Indians**, including (1) The "ethnic composition of Cisco's workforce" and the alleged "**over-representation of Indians**" at Cisco, (2) The usage of H1-B visas, and (3) alleged Caste Discrimination By "Non-Parties Against Non-Parties" in India based on "hearsay and absence of evidentiary support" as **irrelevant** to this case. | Support Of Motion To Strike Portions Of Plaintiff's complaint" by Cisco Systems, pg.10-11. |
| 51 | Q4 2020 | Evasion / Hiding Key Evidence | Cisco requests judicial notice, but the DFEH **refuses** to share a copy of John Doe's original administrative complaint filed in 2018. What is the DFEH **hiding from the court and the public**? | Cisco Demurrer, pg. 4, footnote 4, 5. |
| 52 | Jan 7th 2021 | Constitutional Violation of First Amendment | Since, the DFEH defines caste, as a "strict HINDU social and religious hierarchy", the Hindu American Foundation (HAF) files for injunctive relief to prevent the state's **overreach** and **violation** of Hindu American rights under the First and Fourteenth Amendments and California's Unruh Civil Rights Act. The HAF stays **neutral** to the allegations in the case itself. | HAF Motion to Intervene & HAF Website, DFEH Complaint, pg. 2, ln. 6 |
| 53 | Jan 12th 2021 (a) | Unsupported, Conclusory | Cisco **insinuates wrongdoing** by the DFEH, via their actions, which are, "based on **unsupported, conclusory** allegations that DFEH well knows from its investigation cannot be sustained". | Cisco Opposition to Fictitious Name, pg. 4, ln. 2-3. |

| 54 | Jan 12th 2021 (b) | Constitutional Violation of First Amendment | The DFEH **perpetuates** "caste-based stereotypes forcing a caste system [on individual defendants] based on birth, not beliefs". This also **violates** the First Amendment. | Iyer Kompella Opposition, pg. 12, ln. 13. |
| 55 | Feb 11th, 2021 | Irrelevant Evidence | Judge Drew Takaichi, **denies** the CDFEH's motion to put into judicial notice their 23+ documents which consist of **irrelevant evidence** — several media articles and opinion pieces (many with **circular** references back to the Cisco case), a US Dept. of State report, etc., and also **denies** judicial notice of the unscientific Equality Labs survey. | Re: Motion to Proceed Using Fictitious Name, filed Feb 11th, 2021, pg. 4 ln. 5-11. |
| 56 | Feb-Mar 2021 | Specious | Judge Drew Takaichi, **denies** the CDFEH's motion to proceed with a fictitious name, calling out the CDFEH's motion as **specious**, and the evidence submitted by Doe for retaliatory physical harm as **speculation**. The DFEH appeals this verdict and files a Writ petition. | Re: Motion to Proceed Using Fictitious Name, filed Feb 11th 2021, pg. 6 ln.11. |
| 57 | Feb 22nd, 2021 | Defamation / Irony | In contrast to the HAF's neutrality on the specifics of the case, The Ambedkar International Center, files an Amicus Curiae, **personally** | Application to file Amicus Curiae pg. 5, footnote 22 |

**attacking defendant Iyer by speculating**, "Higher—caste workers sometimes view lower—caste workers such as John Doe who benefit from affirmative action programs as incompetent and undeserving … That attitude is evident in the case before the court: John Doe's Cisco supervisor told colleagues that Doe was "not on the main list" at one of India's universities." This **while fully aware** (as they quoted declarations of the defendants) that Iyer gave all his top three Head positions first, to a Meritorious Dalit.

Also, see screenshot.

| 58 | Feb 24th 2021 | Tampering with Dates | The DFEH **misleads** the court by accusing Cisco of refusing to 'meet and concur' [DFEH Opposition, pg. 3, sec. 4(A)] to dismiss Cisco's demurrer. But emails between Cisco and the DFEH (J. Liburt Declaration, Pg 1-3, referencing Exhibit D, E filed Nov 3rd, 2022) show that the DFEH **themselves** moved or canceled meetings with Cisco thrice on separate independent instances before Nov 2nd 2020, **exposing the DFEH's deceitful claims.** | DFEH Opposition to Demurrer, filed Feb 24th, 2021, pg. 3. |
| 59 | March 2021 | Racial Profiling | The DFEH repeats their previous smears of Hindu Americans quoting again, "that in America, 1 in 4 Dalits surveyed experienced physical assault" in their Writ Petition to the Court of Appeal, Sixth Appellate District. | Petitioner's reply iso Writ [pg.17.] also see Screenshot. |



| 60 | Mar 30th 2021 (a) | Deception | The DFEH's Writ petition to contest their request for anonymity (quoting Doe's declaration) states that defendant Iyer spoke about Doe's caste to Doe's 'shared social circles' [DFEH Writ Petition, pg. 38]. But **this deceptive narrative built upon treating allegations as facts are contradicted** by Doe's own declaration (pg. 3, para. 13, filed Nov 2nd, 2020) which merely **speculates** about his shared circles (as also pointed out in the trial court judge's ruling on Feb 11th, 2021). | DFEH Writ Petition, filed Mar 30th, 2021, 6th Court of Appeals, pg. 38. |
| 61 | Mar 30th 2021 (b) | Racial Profiling | The DFEH ascribes collective guilt and **generalizes** their previous claim that "Dalit Indians in the United States, once their caste is revealed, have been raped, attacked, and spat on because of their caste" [DFEH Petition for Writ of Mandate, pg. 38, footnote 11], this time offering a single unconfirmed, uncorroborated [news article] with an anonymous accuser as proof! | The US isn't safe from the trauma of caste bias |
| 62 | April 23rd 2021 (a) | Xenophobia | CRD prosecutors, Janette Wipper and Melanie Proctor **racially divide** Hindus by quoting **without any evidence** the Equality Labs report "Dominant caste people [in U.S. tech networks and the Indian Bay Area community] openly boast about their caste privilege | Pg. 21, para 2, Petitioners Reply to Writ Filed on April 23rd, 2021, California Court of Appeal 6th Appellate |

|    |                          |                         | and supposed biological superiority." The CRD repeats this propaganda (reminiscent of similar propaganda against the Jews in Nazi Germany). | District Case H048962. |
|----|--------------------------|-------------------------|---|---|
| 63 | April 23rd 2021 (b)      | Unethical               | The CRD in requesting anonymity for Doe goes to great lengths to state that "*Caste is a matter of highly sensitive and personal nature*". This reveals the CRD's unethical nature and **double standards** as the CRD openly revealed the individual defendants' names and their alleged or perceived castes. | Pg 19, para 2, Petitioners Reply iso Writ Filed on April 23rd, 2021, California Court of Appeal 6th Appellate District Case H048962. |
| 64 | May 12th 2021            | Unethical               | DFEH Director Kevin Kish encourages a change.org petitioner, Aditi Ramaswamy to lobby California senators on caste, using the as-yet sub-judice Cisco case as a basis for Dalit discrimination, while **unethically** not being honest to her, that **all** Head positions, in this group, went to a Dalit. | Update to Aditi Ramaswamny's Petition. Also, see screenshot. |
| 65 | Oct 2021                 | Conflict of Interest    | The EEOC (a federal government organization) alleges serious **ethical violations** by the DFEH in October 2021, including a **repeated violation** of the California rules of professional conduct, and by failing to isolate | California DFEH accused of ethics violations in Activision Blizzard lawsuit. |

| 66 | Q4 2021-Q1 2022 | Contempt of Court | DFEH attorneys who had a **conflict of interest.**<br><br>In 2022, the EEOC alleges other serious **prosecutorial misconduct** and **behavior contemptuous of court** by the DFEH. The company Activision also joins the EEOC and seeks an ethics review against the DFEH. Later, the judge would deny the DFEH from intervening in the case, but the DFEH **in contempt of court** would attempt to intervene multiple times **despite** the court ruling. The YouTube channel by the Hoeg Law firm has several detailed videos on the public charges against the DFEH. | EEOC FALLOUT: Activision Seeks Ethics Review of ENTIRE CA Lawsuit, Also: California, Central District Court, Case No. 2:21-CV-07682-DEF-JEM. |
| --- | --- | --- | --- | --- |
| 67 | April 2022 | | In April 2022, per reports, the California Governor **fired** the DFEH lead attorney Janette Wipper (also the lead attorney in the Cisco caste case). The co-lead prosecutor Melanie Proctor in the Cisco caste case has **also 'resigned'** as of April 2022. | DFEH Lawyers Gone \| Gov Accused of "Interference". |
| 68 | Q1-Q2 2022 | Constitutional Violation of Due Process | Tesla releases a blog complaining about the DFEH's class action racial discrimination lawsuit, despite **no finding of cause** by the DFEH in over 50 complaints, and also files an official complaint with the OIG. | The DFEH's misguided suit. |



| 69 | May 10th, 2022 | Racial Profiling | CRD's attorney Michelle Lee urges the Appeals Court to twice **reconsider** and add the Equality Labs survey (which includes the claim that 1 in 4 Dalits have been **physically assaulted or raped** by Upper Caste Hindus in the United States), and later again take into consideration Thenmozhi Soundarajan's Declaration on her EQ Labs Survey. | Oral Arguments, Sixth District Court of Appeal (Timestamp: 1:52:50, and 2:23:25) |
|----|----|----|----|----|
| 70 | May 10th, 2022 | Deception | Michelle Lee also says that there is nothing in the records except for the defendant saying that they do not discriminate. In light of the Motion for Sanctions, this statement is grossly deceptive. | Oral Arguments, Sixth District Court of Appeal |
| 71 | May 14th 2022 | Unethical | An investigative journalist, Matt Taibbi (now famous for The Twitter Files governments expose), releases a multipart article detailing the historical background of **unethical prosecutorial behavior** from 2013 onwards, including Janette Wipper's (the now fired chief DFEH prosecutor of the Cisco caste case) actions in the Oracle, Google lawsuits. | "The Lawyers Who Ate California", Part 1, Part 2, Part 3. |
| 72 | May 2022 | Unethical | Will Swaim, from the California Policy Center, suggests that the CRD "has gone **rogue** and the [California] Governor [Gavin | California's anti-business campaign is evident in the |

5/4/23, 4:24 PM

Case 2:23-cv-00721-RAJ    Document 1-1    Filed 05/11/23    Page 71 of 75
The Publicly Known Timeline Of The Cisco Caste Discrimination Case - Caste Gate

Newsome] is trying to rein it in."
He also calls the DFEH **a tyrant**,
and details the history, and
background of the multiple
serious issues within the DFEH
covering the DFEH's behavior
with Activision, Tesla, and Riot
games.

war against
Activision –
Orange County
Register.

| 73 | Nov 2020 – Q3 2022 | Racial Profiling | The DFEH **smears** the entire Indian American community for a **sixth consecutive time** (since their anonymity motion in Nov 2020) in the appeals court on May 10th, 2022 that 'upper-caste' Indian Americans have physically assaulted or raped 1 in 4 American Dalits in the United States just on knowledge of their Dalit caste. This allegation without **any evidence** in police records statistically tarnishes the reputations **of Indian Americans**. | California Court of Appeal, Case H048962. |
| 74 | Jun 2021 – Q3 2022 | Defamation | The DFEH **conveniently ignores** the now available scientific Pew research caste survey (June 29th, 2021) or the Carnegie Endowment Indian American survey (June 9th, 2021) for their caste data, but continues to **defame** Hindu Americans quoting from the unscientific Equality Labs survey. | Attitudes about caste, Pew Research. Social Realities of Indian Americans, Carnegie Endowment Survey. |
| 75 | Aug 5th 2022 | | The appeals court denies Cisco's motion to compel arbitration. It asks judge Takaichi from the trial court, to review the evidence for the DFEH's anonymity motion for Doe, and | California Court of Appeal, Case H048962. |

take into consideration evidence (**if any**) that Doe may have submitted of any specific threat of bodily harm to his family members in India.

| 76 | Sep 2022 | | The DFEH changes its name to the Civil Rights Department (CRD). It remains to be seen whether the new name would cause any change in their **denigration** of Hindu Americans (amongst others) going forward. | California Civil Rights Department. |

| 77 | Sep 22nd 2022 (a) | Constitutional Violation of First Amendment | The Hindu American Foundation (HAF) sues Kevin Kish, the director of the California Civil Rights Department (CRD) ironically for the CRD's violations of Hindu-American Civil Rights encompassing violations of **Free Exercise of Religion, Denial of Procedural Due Process and Denial of Equal Protection.** | HAF's Federal lawsuit in the US Eastern District Court of California. |

| 78 | Sep 22nd 2022 (b) | Constitutional Violation of Due Process | TESLA independently also counter sues the California Civil Rights Department (CRD) ironically for the CRD's violations of TESLA's **Due Process Civil Rights,** which includes the same lawyers as in the Cisco case. TESLA's allegations that the CRD did not interview TESLA management have **similarities** with the CRD's meager 15-minute interview with Mr. Kompella before filing suit against him in the Cisco case. | TESLA's counter lawsuit in the Superior Court of The State of California, Alameda County. |

| 79 | Oct 19th 2022 | Constitutional Violations | Two professors file under Section 1983 a Civil Rights | US District Court (Central |

lawsuit against the Chancellor Jolene Koester, and Trustees of the California State University (CSU) for targeting Hindus by adding 'caste' in their interim policy, citing constitutional violations of the **First Amendment, Equal Protection** (referencing California's definition of caste in the Cisco case). They also cite a **Due Process 'Void for Vagueness'** violation due to the unconstitutionally vague definition of caste and raise serious concerns about the "**stereotypes and implicit bias**" that the CSU Policy perpetuates.

District Court of California)
Kumar, Sinha vs. California State University.

| 80 | Dec 30th, 2022 (a) | Evasion | CRD appears to be **burying their egregious behavior in** this case from public scrutiny by approaching Cisco for confidential mediation (which Cisco has accepted), contrary to CRD's past efforts to hastily publicize the case in the press, lobbying senators, and in their repeated opposition to arbitration. | Case Management Statement [Pg. 4, Sec. 16c] filed by Cisco systems on 30th December, 2022. |
| 81 | Dec 30th, 2022 (b) | | It appears that "CRD has agreed to **voluntarily dismiss** individual Defendants pending approval of the Director of the CRD (Kevin Kish)." This **concession** by the CRD is indicative of and **exposes** the past egregious behavior of CRD prosecutors Janette Wipper, Melanie Proctor, and Siri Thanasombat in this case. Defendants threaten to file | Case Management Statement [Pg. 5, Sec. 18] filed by Iyer, Kompella on 30th December 2022. |

a Motion for Sanctions if the
CRD does not voluntarily
dismiss the case against them.

| 82 | Jan 11th, 2023 (a) | Frivolous / Sanctionable | Defendants file a Motion to Sanction the CRD, for "filing a legally **frivolous** complaint [pg.11, ln. 14-15]", despite "overwhelming **evidence** presented by Defendants **directly contradicting** Plaintiff's spurious accusations [pg.11, ln.2-3]." | Motion for Sanctions, filed Jan 11th, 2023. |
| 83 | Jan 11th, 2023 (b) | Fabrications | Defendants allege an **improper purpose** (to harass or to cause unnecessary delay or expense) by the CRD. They present several **uncontradicted facts** [Motion for Sanctions, pg.10, ln. 5] that were known to the CRD since 2018 including disproving fabricated claims of Doe being a 'lone Dalit', the group consisting of 'entirely Indians', and 'all upper castes'. | Motion for Sanctions. |
| 84 | Jan 11th, 2023 (c) | Fabrications Casteism | Defendants state that the CRD **did not even bother** to interview the Dalit Head in the group (**talk about casteism!**). This further counters the CRD's **fabrications** of allegations 'of a caste hierarchy' and a 'hostile to Dalit environment' [Motion for Sanctions pg.10, ln. 24-25] since all Head positions were already offered or accepted by a different Dalit. Besides, Doe was given the joint highest grade, awarded millions of dollars in equity, and | Motion for Sanctions, Iyer Declaration. |



5/4/23, 4:24 PM

Case 2:23-cv-00721-RAJ  Document 1-1  Filed 05/11/23  Page 75 of 75
The Publicly Known Timeline Of The Cisco Caste Discrimination Case - Caste Gate

| | | | | |
|---|---|---|---|---|
| | | | offered multiple leadership positions [Iyer Declaration, Pg. 2, line 20-21] by Mr. Iyer. | |
| 85 | April 10th, 2023 | Withdrawal Dismissal | On being threatened by sanctions by the defendants for fabrication of evidence, the CRD **withdraws** their complaint against both defendants, Iyer and Kompella. Contrary to their past actions to keep this in the Court, the CRD approaches CISCO, yet again, for mediation (to keep their fabrications of public scrutiny). | Dismissal filed by the CRD.<br><br>Press Release by Foxrothschild for Dismissal of claims |
| 86 | April 12, 2023 | | The California Policy Center releases a report stating that Bounty Hunter incentives has made the California's Civil Rights Department (CRD), fund its budget through attorney fees and has created a monster | Enforcing Civil Rights: Does a Regulator's Profit Motive Benefit the Public Interest? by Steve McCarthy |