23-cv-721-RAJ

To: Clerk of Court  
US District Court WD of Washington  
700 Stewart St., Suite 2310  
Seattle, WA 98101

May 10, 2023

```
_____ FILED
_____ LODGED    MAIL
_____ RECEIVED
```

MAY 1 1 2023

AT SEATTLE  
CLERK U.S. DISTRICT COURT  
WESTERN DISTRICT OF WASHINGTON

BY _____ DEPUTY

Respected Sir/Madam:

Attached please find my civil complaint for violation of civil rights as a Pro Se litigant along with the supporting documents listed below:

1. Payment of $402.00 (Cashier's Check)
2. Civil Cover Sheet
3. Complaint for violation of civil rights
4. Exhibit A
5. Exhibit B
6. Exhibit C
7. Exhibit D
8. Summons listing name and address for the three Defendants
9. CM/ECF Registration Form for Pro Se Filers

I would request you to let me know the case number and grant me access to the CM/ECF system. Also, please issue the official summons and I will hire a process server to serve the summons to the three defendants. Please let me know if anything else is required, Thanks.

Sincerely,

Date of signing: May 10, 2023

Signature of Plaintiff _____

Printed Name of Plaintiff  
ABHIJIT BAGAL  
Plaintiff, *Pro Se*  
125 Vista Brooke Drive  
Morrisville, NC 27560  
Phone: (919) 917-3839  
Email: abebagal@gmail.com