

PRIORITY MAIL EXPRESS



RDC 07



98101

U.S. POSTAGE PAID
PME 1-Day
MORRISVILLE, NC 27560
MAY 10, 23
AMOUNT
$59.65
R2304Y123197-01





**MAILING ENVELOPE**
FOR DOMESTIC AND INTERNATIONAL USE

UNITED STATES POSTAL SERVICE — PRIORITY MAIL EXPRESS

EI 580 233 645 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( ) 919 917 3835

ABHIJIT BAGAL
125 VISTA BROOKE DR.
MORRISVILLE, NC 27560

FILED LODGED RECEIVED — MAIL
MAY 11 2023
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY



**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)

TO: (PLEASE PRINT)   PHONE ( ) 206 370 8400

U.S. DISTRICT COURT CLERK
700 STEWART STREET
SUITE # 2310
SEATTLE, WA 98101

ZIP + 4® (U.S. ADDRESSES ONLY)
9 8 1 0 1 -

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO

PO ZIP Code: 27560
Scheduled Delivery Date: 5/11/23
Postage: $ 59.65

Date Accepted: 5/10/23
Scheduled Delivery Time: ☐ 6:00 PM
Insurance Fee: $
COD Fee: $

Time Accepted: 1330  ☐ AM ☑ PM
Return Receipt Fee: $
Live Animal Transportation Fee: $

Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $ 59.65

Weight: 1 lbs 4 ozs   ☑ Flat Rate
Acceptance Employee Initials: [signature]



PEEL FROM THIS CORNER

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY)  Time  ☐ AM ☐ PM  Employee Signature
Delivery Attempt (MM/DD/YY)  Time  ☐ AM ☐ PM  Employee Signature

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS10000132900

EP13C July 2022
OD: 15 x 11.625





UNITED STATES POSTAL SERVICE