UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST
SEATTLE, WA 98101

May 16, 2023

Abhijit Bagal
125 VISTA BROOKE DR
MORRISVILLE, NC 27560

Your civil action *Bagal v. Sawant et al* was filed in the U.S. District Clerk's office at Seattle on May 11, 2023.

Your case has been assigned Case Number **2:23–cv–00721–RAJ,** and has been assigned to Judge Richard A. Jones, Presiding Judge.

*All future correspondence with the Court must contain the entire case number as indicated above.*

Thank you,

RAVI SUBRAMANIAN, *Clerk*

s/*Deputy Clerk*

cc: file