# UNITED STATES DISTRICT COURT
for the

Western District of Washington

| | |
|---|---|
| ABHIJIT BAGAL, an individual,<br><br>*Plaintiff(s)*<br><br>v.<br><br>KSHAMA SAWANT, in her official and individual capacities as Councilmember, District 3, of the Seattle City Council, et al.,<br><br>*Defendant(s)* | Civil Action No. 2:23-cv-00721-RAJ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kshama Sawant
Councilmember, District 3,
Seattle City Hall,
600 Fourth Avenue, 2nd Floor,
Seattle WA 98104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Abhijit Bagal
125 Vista Brooke Dr,
Morrisville, NC 27560

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 5/16/2023

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:23-cv-00721-RAJ

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    KSHAMA SAWANT

was received by me on *(date)*    .

☐ I personally served the summons on the individual at *(place)* 

     on *(date)*    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*    , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*    , who is designated by law to accept service of process on behalf of *(name of organization)*

     on *(date)*    ; or

☐ I returned the summons unexecuted because    ; or

☐ Other *(specify):*

My fees are $    for travel and $    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: 

     *Server's signature*

     *Printed name and title*

     *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

ABHIJIT BAGAL, an individual,

*Plaintiff(s)*

v.

Civil Action No. 2:23-cv-00721-RAJ

KSHAMA SAWANT, in her official and individual capacities as Councilmember, District 3, of the Seattle City Council, et al.,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lisa Herbold
Councilmember, District 1,
Seattle City Hall,
600 Fourth Avenue, 2nd Floor,
Seattle WA 98104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Abhijit Bagal
125 Vista Brooke Dr,
Morrisville, NC 27560

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/16/2023

*Signature of Clerk or Deputy Clerk*

Civil Action No.  2:23-cv-00721-RAJ

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  **LISA HERBOLD**

was received by me on *(date)*                                      .

☐ I personally served the summons on the individual at *(place)*

on *(date)*                    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

                                      , a person of suitable age and discretion who resides there,

on *(date)*                    , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                      , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                    ; or

☐ I returned the summons unexecuted because                                      ; or

☐ Other *(specify)*:


My fees are $            for travel and $            for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  _____

                                   _____
                                   *Server's signature*

                                   _____
                                   *Printed name and title*


                                   _____
                                   *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

| | |
|---|---|
| ABHIJIT BAGAL, an individual, </br></br> *Plaintiff(s)* </br> v. </br></br> KSHAMA SAWANT, in her official and individual capacities as Councilmember, District 3, of the Seattle City Council, et al., </br></br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) </br></br> Civil Action No. 2:23-cv-00721-RAJ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bruce Harrell,
Mayor of Seattle,
600 Fourth Avenue, 7th Floor,
Seattle WA 98104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Abhijit Bagal
125 Vista Brooke Dr,
Morrisville, NC 27560

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 5/16/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-00721-RAJ

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **BRUCE HARRELL**
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: