

# U.S. DISTRICT COURT
## Western District of Washington
### Pro Se Registration Form
### For the Electronic Case Filing System (CM/ECF)

23-cv-721-RAJ

Please complete a form for *each case* you have before the Court.
*All fields are required.*

FILED ___ LODGED ___ RECEIVED ___ **MAIL**

MAY 11 2023

CLERK U.S. DISTRICT COURT
AT SEATTLE
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

**Select only ONE option:**

◯ **Receive notice of electronic filings via email*.**

Please register me to receive service of documents and notice of electronic filings to my email. I will continue to file my documents in paper with the Court, but I want to receive notice of filings made in my case via the Court's electronic filing system (CM/ECF).

**OR**

⦿ **Receive notice of electronic filings via email* AND file documents directly in CM/ECF**.**

Please register me to file documents directly in the Court's electronic filing system (CM/ECF) and receive notice via email of documents filed in my case. I agree to file documents into my case through CM/ECF and WAIVE my ability to file documents in paper form over the counter or through the mail.

Name: **ABHIJIT BAGAL**

Case No: _____

Email Address: **abebagal@gmail.com**

Phone no: **(919) 917-3839**

Address: **125 Vista Brooke Dr, Morrisville, NC 27560**

☑ I have completed, or will complete immediately after submitting this form, the creation of a **PACER – Case Search Only** account and submitted my request for CM/ECF access as required per the Pro Se Registration Instructions.

Signature: *AbBgl*  ABHIJIT BAGAL
(Type an "s/" and your name, or print and sign)

Date signed: **MAY 10, 2023**

* By registering for electronic service, you waive your right to receive service of documents by first class mail, according to Federal Rule Civil Procedure 5(b)(2)(E). You will be sent a Notice of Electronic Filing via email which will permit one "free look" at the document(s) by clicking on the hyperlinked document number(s). **The one "free look" will expire 15 days from the date the notice was sent.** After the "free look" has been used or expires, documents may only be accessed via PACER (Public Access to Court Electronic Records). PACER is an automated system that allows an individual to view, print, and download documents for a nominal fee.

** By registering for electronic filing, you must familiarize yourself with and follow rules and procedures of the Court, such as the Federal Rules, Local Rules, and the Electronic Filing Procedures.

**To email this form:** Save a copy of the completed form to your computer and then send it as an attachment in an email to: cmecfreg@wawd.uscourts.gov or

**To mail this form:** Complete, print and mail to: Clerk, U.S. District Court, Western District of Washington, ATTN: CM/ECF Registration, 700 Stewart Street, Suite 2310, Seattle, WA, 98101.

For assistance, please contact **CM/ECF Support** at **206-370-8440,** then press Option 2 (Seattle area), **866-323-9293,** then press Option 2 (Outside Seattle area) or email us at: **cmecf@wawd.uscourts.gov.**

WAWD – CM/ECF Registration Form for Pro Se Filers (Revised 1/20/2023)