*Pro Se 15 2016*                                                                                                  Hon. Richard A. Jones

# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ABHIJIT BAGAL, an individual,<br><br>　　　　　　　　*Plaintiff,*<br>　　　v.<br><br>KSHAMA SAWANT, in her official and individual capacities as Councilmember, District 3, of the Seattle City Council;<br>LISA HERBOLD, in her official and individual capacities as Councilmember, District 1, of the Seattle City Council; and<br>BRUCE HARRELL, in his official and individual capacities as the Mayor of the City of Seattle,<br><br>　　　　　　　　*Defendants.* | Civil Action No. 2:23-cv-00721-RAJ<br><br>Complaint Filed: May 11, 2023<br><br>Judge: Hon. Richard A. Jones<br><br>**SUMMONS RETURNED EXECUTED** |

## **DECLARATION**

I, Abhijit Bagal ("Plaintiff") *Pro Se*, in this civil action, declare as follows:

On May 17, 2023, I arranged for a process server to deliver the Summonses, Complaint with Exhibits, and the Standing Orders of Judge Jones to all the Defendants. The documents were served to all Defendants on May 22, 2023, as attested by the attached Proofs of Service.

Summons Returned Executed - 1                                                                    ABHIJIT BAGAL, Plaintiff, *Pro Se*

1  I declare under penalty of perjury that the preceding is true and correct, and that this declaration

2  was executed on this 22nd day of May, 2023, in Morrisville, North Carolina.

3  **CERTIFICATION AND CLOSING**

4  Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my

5  knowledge, information, and belief that this complaint: (1) is not being presented for an improper

6  purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

7  (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or

8  reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so

9  identified, will likely have evidentiary support after a reasonable opportunity for further

10 investigation or discovery; and (4) the complaint otherwise complies with the requirements of

11 Rule 11.

12 I agree to provide the Clerk's Office with any changes to my address where case-related

13 papers may be served. I understand that my failure to keep a current address on file with the

14 Clerk's Office may result in the dismissal of my case.

15 Date of signing:     May 23, 2023

16 Signature of Plaintiff:     /s/ *Abhijit Bagal*

17 Printed Name of Plaintiff:     ABHIJIT BAGAL
Plaintiff, *Pro Se*
18     125 Vista Brooke Drive
Morrisville, NC 27560
19     Phone: (919) 917-3839
Email: abebagal@gmail.com