*Pro Se 15 2016* | Hon. Richard A. Jones

# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ABHIJIT BAGAL, an individual, | Civil Action No. 2:23-cv-00721-RAJ |
| *Plaintiff,* <br> v. | Complaint Filed: May 11, 2023 |
| KSHAMA SAWANT, in her official and individual capacities as Councilmember, District 3, of the Seattle City Council; <br> LISA HERBOLD, in her official and individual capacities as Councilmember, District 1, of the Seattle City Council; and <br> BRUCE HARRELL, in his official and individual capacities as the Mayor of the City of Seattle, <br><br> *Defendants.* | Judge: Hon. Richard A. Jones <br><br> **EXECUTED WAIVER OF PERSONAL SERVICE FOR ALL THREE DEFENDANTS IN THEIR INDVIDUAL CAPACITIES** |

## DECLARATION

I, Abhijit Bagal ("Plaintiff") *Pro Se*, in this civil action, declare as follows:

On May 24, 2023, I had an email exchange with Kerala Cowart, Assistant City Attorney, at the Seattle City Attorney's office who will be representing the Defendants. We agreed on a thirty-day extension (extended deadline of July 21, 2023) to respond and getting a waiver of personal service

Executed Waiver of Service - 1 | ABHIJIT BAGAL, Plaintiff, *Pro Se*

Pro Se 15 2016                                                                                           Hon. Richard A. Jones

1  for all three Defendants in their individual capacities. The waiver has been executed by all
2  Defendants on June 5, 2023, as attested by the attached Executed Waivers of Service.
3      I declare under penalty of perjury that the preceding is true and correct, and that this
4  declaration was executed on this 7th day of June 2023, in Morrisville, North Carolina.

**CERTIFICATION AND CLOSING**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        June 7, 2023

Signature of Plaintiff:   /s/ *Abhijit Bagal*

Printed Name of Plaintiff:  ABHIJIT BAGAL
                            Plaintiff, *Pro Se*
                            125 Vista Brooke Drive
                            Morrisville, NC 27560
                            Phone: (919) 917-3839
                            Email: abebagal@gmail.com