Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABHIJIT BAGAL,<br><br>                Plaintiff,<br><br>     vs.<br><br>KSHAMA SAWANT, in her official and individual capacities, as Councilmember, Position 3, Seattle City Council; LISA HERBOLD, in her official and individual capacities, as Councilmember, District 1, of the Seattle City Council and BRUCE HARRELL, in his official and individual capacities, as the Mayor of the City of Seattle,<br><br>                Defendants. | No.    2:23-cv-00721-RAJ<br><br>NOTICE OF APPEARANCE<br><br>[CLERK'S ACTION REQUIRED] |

TO:    The Clerk of Court; and

TO:    Pro Se Plaintiff Abhijit Bagal:

     **PLEASE TAKE NOTICE** that Kerala Cowart, Assistant City Attorney, enters her notice of appearance for Defendants Kshama Sawant as Councilmember, Lisa Herbold as Councilmember and Bruce Harrell, Mayor of the City of Seattle.

NOTICE OF APPEARANCE - 1
2:23-cv-00721-RAJ

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

DATED this 25th day of June, 2023.

> ANN DAVISON
> Seattle City Attorney
>
> By: */s/ Kerala Cowart*
>     Kerala Cowart, WSBA#53649
>     Assistant City Attorney
>
> E-mail: Kerala.Cowart@seattle.gov
>
> Seattle City Attorney's Office
> 701 Fifth Avenue, Suite 2050
> Seattle, WA 98104
> Phone: (206) 684-8200
>
> *Attorney for Defendants Kshama Sawant, Councilmember, Lisa Herbold, Councilmember and Bruce Harrell, Mayor of the City of Seattle*

NOTICE OF APPEARANCE - 2
2:23-cv-00721-RAJ

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200