# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ABHIJIT BAGAL, an individual,<br><br>　　　　　　*Plaintiff,*<br>　　v.<br><br>KSHAMA SAWANT, in her official and individual capacities as Councilmember, District 3, of the Seattle City Council;<br>LISA HERBOLD, in her official and individual capacities as Councilmember, District 1, of the Seattle City Council; and<br>BRUCE HARRELL, in his official and individual capacities as the Mayor of the City of Seattle,<br><br>　　　　　　*Defendants.* | Civil Action No. 2:23-cv-00721-RAJ<br><br>Action Filed: May 11, 2023<br><br>Judge: Hon. Richard A. Jones<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS UNDER FRCP 12(b)(1) and 12(b)(6)**<br><br>[*Filed Concurrently with PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS UNDER FRCP 12(b)(1) and 12(b)(6)*] |

As provided by Federal Rule of Evidence 201 and Federal Rule of Civil Procedure 44.1, and in connection with Plaintiff's Opposition to Defendants' Motion to Dismiss under FRCP 12(b)(1) and 12(b)(6), Plaintiff Abhijit Bagal, *Pro Se*, hereby requests that the Court take judicial notice of the following.:

1. Office of Seattle City Clerk - CF 322573 Document and Supporting Research: Equality Labs, Caste in the United States, (2018) "Upper" Caste Hindus are often vegetarian. See

http://clerk.seattle.gov/~cfpics/cf_322573f.pdf A true and correct copy of page 23 of the above document is attached hereto as **Exhibit A with Declaration 5.**

2. Judgement on the Pleadings, Sunil Kumar, Ph. D. v. Dr. Jolene Koester, 2:22-cv-07550, (C.D. Cal. Jul 25, 2023) ECF No. 102. See https://www.courtlistener.com/docket/65547809/102/sunil-kumar-ph-d-v-dr-jolene-koester/ A true and correct copy of this document is attached hereto as **Exhibit B with Declaration 6.**

3. Public hearing announcement on Official Seattle City Councilmember Facebook page of Defendant Kshama Sawant created by her on May 23, 2023. See https://www.facebook.com/events/971630427348719/ A true and correct copy of this document is attached hereto as **Exhibit C with Declaration 7.**

4. CoHNA (a grassroots advocacy group representing Hindu-Americans) Caste Survey, based on a YouGov US national sample of 1,500 responses. See https://cohna.org/new-survey-analyzes-awareness-of-caste-in-the-us/ A true and correct copy of this document is attached hereto as **Exhibit D with Declaration 8**.

5. Seattle City Clerk Documents and Research supporting Council Bill 120511, relating to caste discrimination. See http://clerk.seattle.gov/search/clerk-files/322573 A true and correct copy of this document is attached hereto as **Exhibit E with Declaration 9**.

6. Seattle City Council News Release - Councilmember Sawant Proposes Legislation Against Caste Discrimination, January 24, 2023. See https://council.seattle.gov/2023/01/24/councilmember-sawant-and-south-asian-community-leaders-introduce-first-in-the-nation-legislation-to-ban-caste-discrimination/ A true and correct copy of this document is attached hereto as **Exhibit F with Declaration 10**.

7. Councilmember Kshama Sawant's Joint Announcement with other activist groups. See https://docs.google.com/forms/d/e/1FAIpQLSffwpnXH_5o0-

z90VoNVYnYyMhj3UnICtdsHVUcHZ79APBGEQ/viewform A true and correct copy of this document is attached hereto as **Exhibit G with Declaration 11**.

8. Documents and Research Main Page. See http://clerk.seattle.gov/search/clerk-files/322573 The specific email can be accessed from this page and is linked with the text 'Councilwoman Kshama Sawant comments about CoHNA.' See http://clerk.seattle.gov/~cfpics/cf_322573pp.pdf A true and correct copy of this document is attached hereto as **Exhibit H with Declaration 12**.

9. Letter to Rep. Pramila Jayapal dated February 17, 2023. See https://sawant.seattle.gov/my-letter-to-rep-pramila-jayapal-support-our-fight-to-make-seattle-the-first-city-to-ban-caste-discrimination/ A true and correct copy of this document is attached hereto as **Exhibit I with Declaration 13**.

10. Seattle City Council News Release - Sawant, Community Members Celebrate… See https://council.seattle.gov/2020/02/04/sawant-community-members-celebrate-passage-of-city-council-resolution-opposing-religious-persecution-detention-camps-by-right-wing-regime-in-india/ A true and correct copy of this document is attached hereto as **Exhibit J with Declaration 14**.

11. Stigmatic Harm and Standing. See https://papers.ssrn.com/sol3/papers.cfm?abstract_id=895194 A true and correct copy of this document is attached hereto as **Exhibit K with Declaration 15**.

12. Public FAQ On Councilmember Kshama Sawant's Official Letterhead threatening Hindu-Americans. See https://docs.google.com/document/d/1exszRVrkKogZQGW_croebiWthsCTDMXUupP9lt_Xpog/edit A true and correct copy of this document is attached hereto as **Exhibit L with Declaration 16**.

*Pro Se 15 2016*  Hon. Richard A. Jones

13. Seattle's Definition of Caste, copied from Merriam-Webster dictionary – Definition (3) of Caste. See https://www.seattle.gov/civilrights/civil-rights-enforcement/new-laws-and-amendments/caste A true and correct copy of this document is attached hereto as **Exhibit M with Declaration 17.**

14. Memorandum to Seattle City Council from Asha Venkataraman, Analyst/Central Staff dated February 16, 2023, providing background information on protected classes and caste as defined by the Merriam-Webster dictionary. See http://seattle.legistar.com/View.ashx?M=F&ID=11651954&GUID=8BB5B94B-EB71-40C1-B5CF-D0A8D75D8877 A true and correct copy of this document is attached hereto as **Exhibit N with Declaration 18.**

15. Merriam Webster Dictionary's Primary/First definition of caste includes: (1) "one of the hereditary social classes in Hinduism that restrict the occupation of their members and their association with members of other castes"; and Secondary: (2) "a division of society based on differences of wealth, inherited rank or privilege, profession, occupation, or race"; and (3) "system of stratification characterized by hereditary status, endogamy, and social barriers sanctioned by custom, law, or religion." See https://www.merriam-webster.com/dictionary/caste A true and correct copy of this document is attached hereto as **Exhibit O with Declaration 19.**

16. Ministry of Social Justice & Empowerment, Government of India, State wise List of Scheduled Castes. See https://socialjustice.gov.in/common/76750 A true and correct copy of this document is attached hereto as **Exhibit P with Declaration 20.**

17. India's Caste System manifests in Seattle… South Asian caste system … is a hierarchical system dating back thousands of years… originated from Hinduism in India… See http://clerk.seattle.gov/~cfpics/cf_322573nn.pdf A true and correct copy of this document is attached hereto as **Exhibit Q with Declaration 21.**

1. 18. Hostility towards Hindu-Americans while praising and giving preferential treatment to Muslim-Americans. See https://mailchi.mp/seattle/have-you-experienced-caste-discrimination-or-islamophobia?e=[UNIQID] Prior Posts dated May 23, 2023, and June 25, 2023, demonstrating conspiracy to use caste to target Hindu Americans. See https://us19.campaign-archive.com/home/?u=bd9c3de67c9c8780c16467332&id=eb2c34586e A true and correct copy of this document is attached hereto as **Exhibit R with Declaration 22.**

Plaintiff respectfully requests this Court to grant judicial notice of the items identifies above.

DATED this 2nd day of August 2023 at Morrisville, Wake County, North Carolina.

| | |
|---|---|
| Signature: | /s/ *Abhijit Bagal* |
| Printed Name: | ABHIJIT BAGAL (Plaintiff, *Pro Se*) |
| Address: | 125 Vista Brooke Drive, Morrisville, NC 27560 |
| Phone: (919) 917-3839 | Email: abebagal@gmail.com |