6

# Events

■ Search Events

■ Home

■ Your Events ■

■ Birthdays

■ Notifications

■ Create new event

Recommended Events                    See all

*Friday at 4 PM*
### Festival Trunk Show - August 4 & 5
 Dhara and Purvi

*Friday at 6:30 PM – 8:30 PM*
### Music in the Park: RetroGrade
 Sandeep and Subbareddy

*Jul 31 at 9:30 AM – Aug 3 at 8 PM*
### Bodysuit Grab Bag



**THURSDAY, SEPTEMBER 21, 2023 AT 9 PM EDT**

## Public Hearing: Speak Out About Caste & Anti-Muslim Discrimination

600 4th Ave, Seattle, WA 98104-1822, United States

More ▼              ■ Interested      ■ Going       ■ Invite    ■  ■

### Details

■  27 people responded

■  Event by **Councilmember Kshama Sawant**




Three months ago, a Seattle movement of anti-caste activists, Kshama Sawant's socialist Council office, and working people won the world's first ban on caste discrimination outside… **See more**

Social issues    Seattle



# EXHIBIT C - DECLARATION 7

6

(6) Public Hearing: Speak Out Abou X +

facebook.com/events/971630427348719/

Search Facebook

## Events

Search Events

Home

Your Events

Birthdays

Notifications

+ Create new event

Recommended Events See all

Friday at 4 PM
Festival Trunk Show - August 4 & 5
Dhara and Purvi

Friday at 6:30 PM – 8:30 PM
Music in the Park: RetroGrade

## Details

27 people responded

Event by **Councilmember Kshama Sawant**

**600 4th Ave, Seattle, WA 98104-1822, United States**

Public · Anyone on or off Facebook

Three months ago, a Seattle movement of anti-caste activists, Kshama Sawant's socialist Council office, and working people won the world's first ban on caste discrimination outside South Asia. This was a stunning victory against oppression, making global headlines and electrifying millions worldwide.

Seattle's new ordinance outlaws discrimination based on caste in both the public and private sectors, in employment, housing, and use of public places. But we know the courts under capitalism are not on the side of working people, so it's not enough just to have won this law—now we need to fight to enforce it.

We also want to help spread the victory, and win a ban on caste discrimination throughout Washington state!

And last but not least, we have heard that in addition to workers facing caste-based discrimination, there are many workers who face discrimination for being Muslim.

For all the above reasons, Councilmember Kshama Sawant's office will host a public hearing at Seattle City Hall on Thursday, September 21 at

600 4th Ave, Seattle, WA 98104-1822, United States

## Guests

See all

8 GOING

19 INTERESTED

## Go With Friends

Gaur Kumar Das Invite

**Meet Your Host**

**EXHIBIT C - DECLARATION 7**

        6



### Councilmember Kshama Sawant

262 past events · Page · Politician

Official page of socialist Seattle City Councilmember Kshama Sawant

 Follow

---

## Popular With Friends

**THIS SUNDAY AT 1:30 PM**
### Dil Se Dosti
10301 Penny Rd, Raleigh, NC 27606-9107, United States

 Subbareddy and Sonu are interested



Interested

**THIS FRIDAY AT 4 PM**
### Festival Trunk Show - August 4 & 5
117 Malvern Hill Ln, Morrisville, NC 27560-9718, United States

Dhara and Purvi are interested



# EXHIBIT C - DECLARATION 7

(6) Public Hearing: Speak Out Abou

facebook.com/events/971630427348719/?active_tab=discussion

Search Facebook

## Events

Search Events

- Home
- Your Events
- Birthdays
- Notifications

+ Create new event

Recommended Events See all

Friday at 4 PM
Festival Trunk Show - August 4 & 5
Dhara and Purvi

Friday at 6:30 PM – 8:30 PM
Music in the Park: RetroGrade

RECENT ACTIVITY

**Councilmember Kshama Sawant** created an event.
May 23 ·

THU, SEP 21 AT 9 PM EDT
Public Hearing: Speak Out About Caste & Anti-Muslim Discrimination
600 4th Ave, Seattle, WA 98104-1822, United States
19 people interested

Interested

4

Like Comment Share

### Details

27 people responded

Event by **Councilmember Kshama Sawant**

600 4th Ave, Seattle, WA 98104-1822, United States

Public · Anyone on or off Facebook

Three months ago, a Seattle movement of anti-caste activists, Kshama Sawant's socialist Council office, and working people won the world's first ban on caste discrimination outside... **See more**

Social issues Seattle

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2023

# EXHIBIT C - DECLARATION 7

