# EXHIBIT E - DECLARATION 9

**Office of the City Clerk**
Scheereen Dedman, City Clerk

## Seattle Comptroller/Clerk Files Index

*Information modified on April 24, 2023; retrieved on August 2, 2023 10:59 AM*

 

## Clerk File 322573

| Title | |
|---|---|
| Documents and research supporting Council Bill 120511, relating to caste discrimination. | |

| Description and Background | |
|---|---|
| **Current Status:** | Filed |
| **Index Terms:** | CITY-COUNCIL, CIVIL-RIGHTS |
| **Notes:** | *Updated 2/21/2023.* |

# EXHIBIT E - DECLARATION 9

| | |
|---|---|
| **References:** | CB 120511 |

## Legislative History

| | |
|---|---|
| **Date Filed with Clerk:** | February 16, 2023 |

# EXHIBIT E - DECLARATION 9

**Text**

Documents and research:

* Rita Iszk (Special Rapporteur on minority issues), Human Rights Council Thirty-first Session, Report of the Special Rapporteur on minority issues, U.N. Doc. A/HRC/31/56 (Jan. 8, 2016), source last accessed 2/17/2023.

* Human Rights Watch, A Report by Human Rights Watch for the United Nations World Conference Against Racism, Racial Discrimination, Xenophobia and Related Intolerance. Durban, South Africa, September 2001, source last accessed 2/17/2023.

* United Nations Network on Racial Discrimination and Protection of Minorities, Guidance Tool on Descent-Based Discrimination: Key Challenges and Strategic Approaches to Combat Caste-Based and Analogous Forms of Discrimination (2017), source last accessed 2/17/2023.

* Paula Chakravartty and Ajantha Subramanian, Why is Caste Inequality Still Legal in America?, N.Y. Times, May 25, 2021, source last accessed 2/17/2023.

* Equality Labs, Caste in the United States, (2018) source last accessed 2/17/2023.

* South Asian SOAR, Together We Rise (October 2022), source last accessed 2/17/2023.

* Badrinathan, S., Kapur, D., Kay, J, & Vaishnav, M., Social Realities of Indian Americans: Results From the 2020 Indian American Attitudes Survey (2020).

* Staff Writer, Hindu Americans Take Exception to Kshama Sawant's Proposed Inclusion of Caste in Non-discrimination Policy, American Kahani, 2/14/2023, source last accessed 2/21/2023.

* Sahgal, N., Evans, J., Salazar, A.M., Starr, K.J., and Corichi, M. Religion in India: Tolerance and Segregation (June 29, 2021).

* Ishisaka, Naomi, How India's caste system manifests in Seattle-area workplaces and beyond, Seattle Times, Feb. 20, 2023.

Testimony and letters:

* Testimony regarding experiences of caste discrimination in Seattle

* Email from Prashant Nema to all Councilmembers, Vote Yes on Caste ban: Workplace Testimony enclosed, 2/16/2023.

# EXHIBIT E - DECLARATION 9

* Email from Samir Khobragade to all Councilmembers, Caste Oppression: My testimony as an Untouchable, 2/16/2023.

* Email from Raghav Kaushik to all Councilmembers, Anonymous testimony of workplace caste discrimination in Seattle area, 2/16/2023.

* Email from Ganga Sivapandian to all Councilmembers, Request to support ban caste discrimination in Seattle, 2/12/2023.

* Letter from Amrita Doshi, Executive Director of South Asian SOAR to Seattle City Council, 2/16/2023.

* Letter from The Feminist Critical Hindu Studies Collective to the Seattle City Council, 2/16/2023.

* Letter from Dr. Cornel West to the Seattle City Council, 2/16/2023.

* Letter from Asian American Disinformation Table to the Seattle City Council, 2/11/2023.

* Letter from the Asian Pacific American Labor Alliance, AFL-CIO to the Seattle City Council, 2/15/2023.

* Letter from the Ambedkar Association of North America to Seattle City Council, 2/14/2023.

* Letter from the National Academic Coalition for Caste Equity to Seattle City Council, 2/13/2023.

* Letter from Professor Kevin Brown, Indiana University Maurer School of Law, to the Seattle City Council, 2/11/2023.

* Email from Rita Meher, Executive Director, Tasveer, to Seattle City Council, Stand for Human Rights. Vote YES on ordinance to Ban Caste-Based Discrimination, 2/13/2023.

* Email from Michael Byun, Executive Director, Asian Counseling and Referral Services, Support the ban on caste-based discrimination, 2/16/2023.

* Letter from Smita Narula, Haub Distinguished Professor of International Law, Elisabeth Haub School of Law at Pace University to Seattle City Council, 2/13/2023.

* Letter from South Asian Behavioral Health Initiative of the Pacific Northwest to Seattle City Council, 2/16/2023.

* Email from Tarul Tripathi, Board of Directors, API-CHAYA to all Councilmembers, API Chaya - City of Seattle Anti-Caste Ordinance, 2/13/2023.

* Email from Govind Acharya, India Country Specialist, Amnesty International, to all Councilmembers, On behalf of Amnesty International USA, Vote yes on ordinance to Ban Caste-Based Discrimination, 2/13/2023.

* Letter from South Asian Bar Association of North America to all Councilmembers, 2/17/2023.

* Letter from Coalition of Seattle Indian Americans to Seattle City Council, updated 2/21/2023.

* Email from Akhil Kang to all Councilmembers, An end to caste discrimination, 2/16/2023.

* Statement from Alphabet Workers Union-CWA in support of Seattle ordinance to ban caste discrimination, 2/14/2023.

* Letter from Equality Labs to Seattle City Council, 2/17/2023.

* Letter from Alliance of South Asians Taking Action, 2/13/2023.

* Email from Daulat R. Badhan. DFW Shri Guru Ravidass Organization, Stand for Human Rights. Vote YES on ordinance to Ban Caste-Based Discrimination, 2/13/2023.

* Email from Allison Lombardo to all Councilmembers, forwarding Letter from K.P. Ashwini, Special Rapporteur on contemporary forms of racism, racial discrimination, xenophobia and related intolerance, UN Special Rapporteur on Racism Message on Caste Vote Today, 2/21/2023.

* Email from Suresh Krishnamoorthy, Coalition of Hindus of North America, Councilwoman Kshama Sawant comments about CoHNA, 2/14/23.

* Email from Debadutta Dash to Michael Byun, all Councilmembers, Re Support the ban on caste-based discrimination, 2/18/2023.

* Email from Debadutta Dash to Sara Nelson, Teresa Mosqueda, Andrew Lewis, Dan Strauss, Debora Juarez, Alex Pedersen, Tammy Morales, and Lisa Herbold, Legislation prohibiting discrimination by caste FW: Please Vote NO for Proposed Caste Ordinance in Seattle based on Racist and Faulty Data, 2/7/2023.

* Email from Ambedkar Phule Dalits and Bahujans, Dalit Bahujans of South Asia Oppose the ill-motivated caste ordinance. Vote No, 2/7/2023.

* Email from Yuvaraj Athur to Sara Nelson, Vote NO for Proposed Caste Ordinance in Seattle based on Racist and Faulty Data, 2/3/2023.

* Email from Vidula Vijramushti to Alex Pedersen, Andrew Lewis, Dan Strauss, Tammy Morales, and Sara Nelson, Oppose caste based Discrimination legislation, 2/7/2023.

**EXHIBIT E - DECLARATION 9**



Seattle City Council

Office of the Mayor

# Office of the City Clerk

**Address:** 600 4th Ave, 3rd Floor, Seattle, WA, 98104
**Mailing Address:** PO Box 94728, Seattle, WA, 98124-4728
**Phone:** 206-684-8344
**Fax:** 206-386-9025

## City-Wide Information

Departments & Agencies List

Elected Officials

Open Data Portal

Public Information Requests

Services & Information

## Top Requests

1. Pay your utility bill

2. Find a city job

3. Pay a parking ticket

4. Adopt a pet

5. Get building permits

## EXHIBIT E - DECLARATION 9

The Office of the City Clerk maintains the City's official records, provides support for the City Council, and manages the City's historical records through the Seattle Municipal Archives. The Clerk's Office provides information services to the public and to City staff. The Office of the City Clerk is a part of the City of Seattle Legislative Department.

© Copyright 1995-2019 City of Seattle

ADA Notice (americans-with-disabilities-act)   Privacy Policy (tech/initiatives/privacy/about-the-privacy-program)   Notice of Nondiscrimination (civilrights/civil-rights/title-vi-notice-of-nondiscrimination)