# EXHIBIT G - DECLARATION 11

## Have you experienced discrimination based on your caste or Muslim identity in the workplace, in housing, or at school in Washington state? Share your story to help build a fightback!

***All stories will be kept strictly confidential.***

In February, Seattle became the first jurisdiction outside South Asia to ban caste-based discrimination. This historic victory was possible because anti-caste activists and socialist Councilmember Kshama Sawant's office built a grassroots movement that united working people across caste, religion, and nationality. Now we're fighting to enforce this law in Seattle and spread the victory in Washington state and across the nation!

Councilmember Sawant's office will be hosting a public hearing at Seattle City Hall so that anyone who has experienced discrimination in Washington state based on caste or their Muslim identity can share their stories. We want to bring attention to these experiences, and use this hearing to further build a movement that can fight to enforce our hard-won protections in the courts.

8/2/23, 1:55 PM  Have you experienced discrimination based on caste or religion in the workplace or public in Washington state? Share your story to help build a fightback!

Case 2:23-cv-00721-BAJ Document 15-7 Filed 08/02/23 Page 2 of 11

**EXHIBIT G - DECLARATION 11**

It's no coincidence that right-wing organizations like the Hindu American Foundation and the Coalition of Hindus of North America strenuously opposed the Seattle ban on caste discrimination. They are aligned with the far-right Bharatiya Janata Party (BJP) in India, which uses both caste-based and Islamophobic attacks in an attempt to divide and rule working and oppressed people. Because of that, our victory in Seattle was an offensive victory against the right wing everywhere. Muslim activists were some of the fiercest fighters for Seattle's caste discrimination ban, recognizing that in the face of right-wing attacks, the only way to win meaningful change for the lives of oppressed people, and all working people, is by joining together in united movements to fight oppression in all its forms.

ishani.bagal@gmail.com  Switch account

Not shared

* Indicates required question

**Name (Optional)**

Your answer

**Phone (Optional)**

Your answer

8/2/23, 1:55 PM                    Have you experienced discrimination as a Dalit caste or Muslim in the tech industry or elsewhere in public in Washington state? Share your story to help build a fightback!

Case 2:23-cv-00721-RAJ Document 15-7 Filed 08/02/23 Page 3 of 11

**EXHIBIT G - DECLARATION 11**

Email *

Your answer

**What is your experience with discrimination related to your caste or Muslim identity?** (Please share as many details as you would like to, without concern about length.)

Your answer

Are you willing to speak about your experience at the public hearing being organized by Councilmember Kshama Sawant? *

○ Yes

○ No

Submit                                                              Clear form

Never submit passwords through Google Forms.

This content is neither created nor endorsed by Google. Report Abuse - Terms of Service - Privacy Policy

Google Forms

**EXHIBIT G - DECLARATION 11**






# Have you experienced discrimination based on your caste or Muslim identity in the workplace, in housing, or at school in Washington state? Share your story to help build a fightback!

*All stories will be kept strictly confidential.*

In February, Seattle became the first jurisdiction outside South Asia to ban caste-based discrimination. This historic victory was possible because anti-caste activists and socialist Councilmember Kshama Sawant's office built a grassroots movement that united working people across caste, religion, and nationality. Now we're fighting to enforce this law in Seattle and spread the victory in Washington state and across the nation!

Councilmember Sawant's office will be hosting a public hearing at Seattle City Hall so that anyone who has experienced discrimination in Washington state based on caste or their

8/2/23, 1:55 PM  Have you experienced discrimination by your employer or while looking for work, due to your race or ethnicity, in Washington state? Share your story to help build a fightback!

Case 2:23-cv-00721-RAJ   Document 15-7   Filed 08/02/23   Page 5 of 11

**EXHIBIT G - DECLARATION 11**

8/2/23, 1:55 PM

Have you experienced discrimination as you put trans or non-binary youth to work in public schools in Washington state? Share your story to help build a fightback!

Case 2:23-cv-00721-RAJ Document 15-7 Filed 08/02/23 Page 6 of 11

# EXHIBIT G - DECLARATION 11

Case 2:23-cv-00721-RAJ   Document 15-7   Filed 08/02/23   Page 7 of 11

**EXHIBIT G - DECLARATION 11**

8/2/23, 1:55 PM  Have you experienced discrimination, harassment, or hostile content in the workplace due to your race in Washington state? Share your story to help build a fightback!

Case 2:23-cv-00721-RAJ Document 15-7 Filed 08/02/23 Page 8 of 11

# EXHIBIT G - DECLARATION 11

8/2/23, 1:55 PM	Have you experienced discrimination by your landlord or housing provider in Washington state? Share your story to help build a fightback!

Case 2:23-cv-00721-RAJ Document 15-7 Filed 08/02/23 Page 9 of 11

# EXHIBIT G - DECLARATION 11

8/2/23, 1:55 PM	Have you experienced discrimination based on caste or religion in the workplace or in schools in Washington state? Share your story to help build a fightback!

Case 2:23-cv-00721-RAJ   Document 15-7   Filed 08/02/23   Page 40 of 11

**EXHIBIT G - DECLARATION 11**

8/2/23, 1:55 PM		Have you experienced discrimination based on caste or visible minority work in a google school in Washington state? Share your story to help build a fightback!

Case 2:23-cv-00721-RAJ Document 15-7 Filed 08/02/23 Page 11 of 11

**EXHIBIT G - DECLARATION 11**