


- Home
- Kshama's Council Home Page
- Email Me

# My letter to Rep. Pramila Jayapal: Support our fight to make Seattle the first city to ban caste discrimination

February 17, 2023

Dear Representative Jayapal,

I am writing to urge you to support legislation from my City Council office to ban caste discrimination in Seattle. The Seattle City Council is scheduled to vote Tuesday, February 21. If approved, it would be historic, making Seattle the first city in the nation to take this important step to fight caste oppression, and as far as I know, also the first city globally outside South Asia.

The legislation is already supported by over fifty community and labor organizations, including the Alphabet Workers Union (AWU-CWA), the Asian Pacific American Labor Alliance (APALA) of the AFL-CIO, API Chaya, Equality Labs, the Ambedkar International Center, the Coalition of Seattle Indian Americans, Hindus for Human Rights, the Indian American Muslim Council, and Socialist Alternative. The legislation also has the support of Noam Chomsky, Cornel West, and Arundhati Roy. **It also has the support of Amnesty International and the United Nations Special Rapporteur**

on Racism, Racial Discrimination, Xenophobia, and Related Intolerance. Nearly 3,500 people have emailed City Councilmembers urging them to vote 'Yes', and more than 1,300 people have signed my office's petition.

Not surprisingly, the ordinance is being strenuously opposed by right-wing fundamentalists. These organizations, such as the Hindu American Foundation and the Coalition of Hindus of North America, have extremely right-wing agendas that have common ground with the reactionary regime in India of the Bharatiya Janata Party and Prime Minister Narendra Modi. **As Congressmember and Chair of the Congressional Progressive Caucus, I hope that your office will stand with our movement against the right wing.** I have also written to Congressmember Khanna. I hope both your offices will publicly support this ordinance. Please read the Frequently Asked Questions my office has prepared to help educate community members, which also offers fact-based responses to the right-wing talking points.

We know that, like racism and sexism, caste oppression is rooted in deeply divided class-based societies, in which the elite need to divide the majority in order to justify accumulating wealth for themselves by exploiting the masses.

And as you know, with the emigration of hundreds of thousands of South Asian people to the United States, caste oppression has followed. Caste discrimination is increasingly a grave contributor to workplace discrimination and bias across many industries, including technology, construction, restaurants and the service industry, and in domestic work. Data from Equality Labs show that one in four caste-oppressed people in the United States faced physical and verbal assault, one in three faced education discrimination, and two in three (sixty seven percent) faced workplace discrimination.

In response, community activists around the country have organized in the last few years to win campus-wide bans on caste discrimination at Cal State University, UC Davis, Harvard University, Colby College, and Brandeis University. Civil rights organizations like the NAACP and labor organizations including the Alphabet Workers Union and the Asian Pacific American Labor Alliance (APALA) of the AFL-CIO have taken important stances against caste discrimination inside their own organizations. This legislation, if we win, will be the biggest step forward to date.

On Tuesday, we will need powerful voices in support of the ordinance, to counter the lies and false arguments of the right wing.

I urge you as an elected leader in Seattle and the United States Congress, and as a prominent South Asian community leader, to publicly support this fight by endorsing the ordinance and urging the City Council to vote YES to ban caste discrimination, without watering down or delays. I also urge you to join us this Tuesday, February 21 at 2:00 p.m. at City Hall to speak in public comment, and to mobilize your supporters to join us. **We are holding a rally at 12:00 p.m. Tuesday at City Hall, prior to the city council vote, and would be happy to invite you to speak.**

In solidarity,

Kshama Sawant

Seattle City Councilmember, District 3

Share 

Posted: February 17th, 2023 under Uncategorized

# EXHIBIT I - DECLARATION 13

- Tweets by @cmkshama

- Categories

  - #BlackLivesMatter
  - Anti-Racism
  - Banks
  - Campaign Finance
  - CEO Pay
  - Divestment
  - Education
  - Enforcement
  - Environment
    - Climate Change
    - Oil Trains
  - Health Care
  - Homelessness
  - Housing Justice
  - HSD
  - Immigrant Rights
  - Imperialism
  - Income Inequality
  - Indigenous Rights
    - Indigenous Peoples' Day
  - LGBTQ Rights
  - Minimum Wage
  - People's Budget
  - Police
  - Port of Seattle
  - Progressive Taxation
  - Public Accountability
  - Resist Trump Coalition
  - Seattle City Light
  - Small Business
  - State of the Union
  - Stepping Forward

Case 2:23-cv-00721-RAJ Document 15-9 Filed 08/02/23 Page 4 of 9

# EXHIBIT I - DECLARATION 13

- Tax the Rich
- Technology
- Tenant Rights
- Transit
- Uncategorized
- Weekly Update
- Women's Rights
- Workers Solidarity
- Youth Jail

- Search

## Recent Posts

- My Letter to KC Tenants Requesting Letter of Support for Seattle Rent Control Fight
- PCC Workers United Resolution: Rank-and-File PCC Workers Support Rent Control
- Seattle Renters: Is your landlord taking part in an alleged "price-fixing" scheme to drive up rents? Get in touch with my office!
- PRESS RELEASE: Sawant Calls on Working People to Fight Modi-Aligned Right Wing & California Democratic Party's Attempts to Undermine Proposed Caste Discrimination Ban
- **PRESS RELEASE: Sawant, Activists, and Working People to California State Legislators: "Vote 'YES' on SB403 to Ban Caste Discrimination in California!"**

## Archives

- July 2023
- June 2023
- April 2023
- March 2023
- February 2023
- October 2022
- September 2022
- August 2022
- July 2022
- June 2022
- May 2022
- April 2022
- March 2022

8/2/23, 1:52 PM	CouncilMember Sawant's Brady Letter in Support of Sawant's Legislation to Make Seattle the First City to Ban Caste Discrimination

Case 2:23-cv-00721-RAJ   Document 15-9   Filed 08/03/23   Page 5 of 9

**EXHIBIT I - DECLARATION 13**

- February 2022
- January 2022
- November 2021
- October 2021
- September 2021
- August 2021
- July 2021
- June 2021
- May 2021
- April 2021
- March 2021
- February 2021
- January 2021
- December 2020
- November 2020
- October 2020
- September 2020
- August 2020
- July 2020
- June 2020
- May 2020
- April 2020
- March 2020
- February 2020
- January 2020
- November 2019
- October 2019
- September 2019
- August 2019
- July 2019
- June 2019
- May 2019
- April 2019
- March 2019
- February 2019
- January 2019
- December 2018

**EXHIBIT I - DECLARATION 13**

Case 2:23-cv-00721-RAJ   Document 15-9   Filed 08/02/23   Page 6 of 9

- November 2018
- July 2018
- May 2018
- March 2018
- February 2018
- January 2018
- December 2017
- November 2017
- October 2017
- September 2017
- August 2017
- July 2017
- June 2017
- May 2017
- April 2017
- March 2017
- February 2017
- January 2017
- December 2016
- November 2016
- October 2016
- September 2016
- August 2016
- July 2016
- June 2016
- May 2016
- March 2016
- February 2016
- January 2016
- December 2015
- November 2015
- October 2015
- September 2015
- August 2015
- July 2015
- June 2015
- May 2015

8/2/23, 1:52 PM                          Councilmember Sawant's Open Letter to Rep. Jayapal to make Seattle the first city to ban caste discrimination

Case 2:23-cv-00721-RAJ   Document 15-9   Filed 08/02/23   Page 7 of 9

# EXHIBIT I - DECLARATION 13

- April 2015
- March 2015
- February 2015
- January 2015
- December 2014
- November 2014
- October 2014
- September 2014
- August 2014
- July 2014
- June 2014
- May 2014
- April 2014
- March 2014
- February 2014
- January 2014

- Categories

  - #BlackLivesMatter
  - Anti-Racism
  - Banks
  - Campaign Finance
  - CEO Pay
  - Climate Change
  - Divestment
  - Education
  - Enforcement
  - Environment
  - Health Care
  - Homelessness
  - Housing Justice
  - HSD
  - Immigrant Rights
  - Imperialism
  - Income Inequality

Case 2:23-cv-00721-RAJ   Document 15-9   Filed 08/02/23   Page 8 of 9
# EXHIBIT I - DECLARATION 13

- Indigenous Peoples' Day
- Indigenous Rights
- LGBTQ Rights
- Minimum Wage
- Oil Trains
- People's Budget
- Police
- Port of Seattle
- Progressive Taxation
- Public Accountability
- Resist Trump Coalition
- Seattle City Light
- Small Business
- State of the Union
- Stepping Forward
- Tax the Rich
- Technology
- Tenant Rights
- Transit
- Uncategorized
- Weekly Update
- Women's Rights
- Workers Solidarity
- Youth Jail

- Meta

  - Log in
  - Entries feed
  - Comments feed
  - WordPress.org

- Tags

8/2/23, 1:52 PM      CouncilMember Sawant » Blog Archive » My Letter to Congresswoman Jayapal: Help us make Seattle the first city to ban caste discrimination

Case 2:23-cv-00721-RAJ Document 15-9 Filed 08/02/23 Page 9 of 9

**EXHIBIT I - DECLARATION 13**

#BlackLivesMatter 15 Now Anti-Racism Budget Build 1000 Homes CEO Pay Climate Change DAPL Divestment Education Environment Gaza War Homelessness Homeless Services Housing Justice Immigrant Rights Imperialism Income Inequality Indigenous Rights Letter LGBTQ Rights Minimum Wage Paid Parental Leave People's Budget Pipelines Police Progressive Taxation Public Accountability Rent Control Rent Hikes Resist Trump Coalition Seattle City Light Solidarity Tenant Rights Transit Trump UW Wage Law Enforcement Women's Rights Workers Solidarity

- **Public Disclosure**

All information posted to this blog, including comments and the identities of those submitting for posting, are subject to public disclosure. Public Records requests must be filed through the Legislative Department Public Records Act Officer.

Seattle City Hall | 600 4th Ave. 2nd Floor | Seattle, WA
Parking at or Near City Hall
Phone: 206.684.8888 | Fax: 206.684.8587 | TTY/TDD: 206.233.0025 | Listen Line: 206.684.8566

Subscribe to CouncilMember Sawant's Blog (RSS) | Blog Use Notice | Log in
ADA Notice
Notice of Nondiscrimination
Privacy
© 1995-2018 City of Seattle