# EXHIBIT O - DECLARATION 19

← caste                                                                                 ✕    🔍

Dictionary | Thesaurus

[advertisement: ASK YOUR DOCTOR ABOUT COSENTYX®]

# caste *noun*

ˈkast 🔊   *also* ˈkäst

Synonyms of *caste* ›

**1** : one of the hereditary social classes in Hinduism that restrict the occupation of their members and their association with the members of other castes

**2 a** : a division of society based on differences of wealth, inherited rank or privilege, profession, occupation, or race

   **b** : the position conferred by caste standing **: PRESTIGE**

     art and religion have lost *caste*
     — F. L. Baumer

**3** : a system of rigid social stratification characterized by hereditary status, endogamy, and social barriers sanctioned by custom, law, or religion

