# EXHIBIT P - DECLARATION 20

Home / Scheduled Caste Welfare / List of Scheduled Castes

## List of Scheduled Castes

**State wise / UT wise list of Scheduled Castes updated up to 05-01-2023**

| | | |
|---|---|---|
| Andhra Pradesh | Assam | Bihar |
| Gujrat | Haryana | Himachal Pradesh |
| Jharkhand (**FileSize:** 6.39 KB, **Published Date:** 16 Jun 2023) | Karnataka | Kerala (**FileSize:** 7.30 KB, **Published Date:** 20 Jun 2023) |
| Madhya Pradesh | Maharastra | Manipur |
| Meghalaya | Odisha | Punjab |
| Rajasthan | Tamil Nadu (**FileSize:** 76.29 KB, **Published Date:** 04 Jan 2023) | Tripura |
| Uttar Pradesh (**FileSize:** 75.96 KB, **Published Date:** 16 Jun 2023) | West Bengal | Mizoram |
| Goa | Chhattisgarh | Uttarakhand |
| Telangana | Delhi | Chandigarh |
| Daman and Diu | Jammu and Kashmir | Dadra and Nagar Haveli |
| Pondicherri/Puducherry | Sikkim | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Acceptance of caste/ community cerfiicates produced by Scheduled Caste candidates

8/2/23, 8:38 AM

Case 2:23-cv-00731-RAJ Document 15-16 List of Scheduled Caste Published by Ministry of Social Justice and Empowerment Government of India
Filed 08/02/23 Page 2 of 4

**EXHIBIT P - DECLARATION 20**

(*FileSize:* 2.87 MB, **Published Date:** 05 Jan 2023)

Caste status of offspring of separated/ diverced/ single woman
(*FileSize:* 91.39 KB, **Published Date:** 05 Jan 2023)

Verification of caste cerfiicates and punishment for holding false SC certificates and issuing authority
(*FileSize:* 66.30 KB, **Published Date:** 05 Jan 2023)

Avoid nomenclature Dalit/Harijan/Girijan for the members of Scheduled Castes
(*FileSize:* 2.57 MB, **Published Date:** 09 Feb 2022)

Issue of Scheduled Caste Certificate to migrants from other States/UTs
(*FileSize:* 3.85 MB, **Published Date:** 09 Feb 2022)

Issue of Scheduled Caste Certificate to the members of Buddhism Religion
(*FileSize:* 2.31 MB, **Published Date:** 09 Feb 2022)

Modalities for deciding claims for inclusion in, exclusion from and other modifications in the orders specifying Scheduled Castes and Scheduled Tribes
(*FileSize:* 86.14 KB, **Published Date:** 09 Feb 2022)

Compilation of Central Government Instructions and Guidelines regarding issue of Scheduled Caste and Scheduled Tribe Certificates
(*FileSize:* 617.43 KB, **Published Date:** 09 Feb 2022)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

List of the Constitutional (Scheduled Castes) Orders issued up to 16-06-2023:

The Constitution (Scheduled Castes) Order, 1950 (updated upto 16-06-2023)
(*FileSize:* 502.35 KB, **Published Date:** 16 Jun 2023)
The Constitution (Scheduled Castes) (Union Territories) Order, 1951
(*FileSize:* 244.43 KB, **Published Date:** 21 Feb 2023)
The Constitution (Jammu and Kashmir) Scheduled Castes Order, 1956
(*FileSize:* 40.11 KB, **Published Date:** 21 Feb 2023)
The Constitution (Dadra and Nagar Haveli) Scheduled Castes Order, 1962
(*FileSize:* 67.24 KB, **Published Date:** 21 Feb 2023)
The Constitution (Puducherry) Scheduled Castes Order, 1964
(*FileSize:* 215.54 KB, **Published Date:** 16 Jun 2023)
The Constitution (Sikkim) Scheduled Castes Order, 1978
(*FileSize:* 116.05 KB, **Published Date:** 21 Feb 2023)
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

List of the Constitutional (Scheduled Castes) Orders/Amendment Acts, issued up to 05-01-2023:

1. GOI (SC) ORDER 1936 dated 06.06.1936
(*FileSize:* 4.69 MB, **Published Date:** 10 Jan 2023)
2. CONSTITUTION (SC) ORDER 1950 dated 10.08.1950
(*FileSize:* 325.25 KB, **Published Date:** 10 Jan 2023)
3. CONSTITUTION (PART C STATES) ORDER 1951 dated 20.09.1951
(*FileSize:* 230.42 KB, **Published Date:** 10 Jan 2023)
4. SC and ST ORDER (AMENDMENT) ACT 1956 dated 25.09.1956
(*FileSize:* 6.89 MB, **Published Date:** 09 Feb 2022)

**EXHIBIT P - DECLARATION 20**

Acts/Notifications/Guidelines - Department of Social Justice and Empowerment, Government of India

5. SC and ST LISTS (MODIFICATION) ORDER 1956 dated 29.10.1956
(**FileSize:** 1.12 MB, **Published Date:** 10 Jan 2023)

6. SC and ST ORDER (AMENDMENT) ACT 1976 dated 18.09.1976
(**FileSize:** 1.07 MB, **Published Date:** 10 Jan 2023)

7. The SC and ST Orders (Amendment) Act, 1976- Hindi Translation
(**FileSize:** 1.28 MB, **Published Date:** 10 Jan 2023)

8. CONSTITUTION (SC) ORDER (AMENDMENT) ACT 1990 dated 03.06.1990
(**FileSize:** 91.82 KB, **Published Date:** 10 Jan 2023)



Department of Social Justice & Empowerment
Ministry of Social Justice & Empowerment
Government of India

10. CONSTITUTION (SC) ORDER (AMENDMENT) ACT 2002 (ADDITION) dated 03.06.2002
(**FileSize:** 637.01 KB, **Published Date:** 09 Feb 2022)

11. CONSTITUTION (SC) ORDER (SECOND AMENDMENT) ACT 2002 dated 17.12.2002
(**FileSize:** 1.73 MB, **Published Date:** 09 Feb 2022)

12. CONSTITUTION (SC) ORDER (AMENDMENT) ACT 2002 dated 07.01.2003
(**FileSize:** 111.95 KB, **Published Date:** 10 Jan 2023)

13. CONSTITUTION (SC) ORDER (AMENDMENT) ACT 2007 dated 29.08.2007
(**FileSize:** 44.96 KB, **Published Date:** 10 Jan 2023)

14. CONSTITUTION (SC) ORDER (AMENDMENT) ACT 2014 dated 17.12.2014
(**FileSize:** 82.48 KB, **Published Date:** 10 Jan 2023)

15. CONSTITUTION (SC) ORDER (AMENDMENT) ACT 2015 dated 20.03.2015
(**FileSize:** 88.09 KB, **Published Date:** 10 Jan 2023)

16. CONSTITUTION (SC) ORDER (AMENDMENT) ACT 2016 dated 06.05.2016
(**FileSize:** 82.46 KB, **Published Date:** 10 Jan 2023)

17. CONSTITUTION (SC) ORDER (AMENDMENT) ACT 2017 dated 28.04.2017
(**FileSize:** 1.00 MB, **Published Date:** 10 Jan 2023)

18. CONSTITUTION (SC) ORDER (AMENDMENT) ACT 2021 dated 13.04.2021
(**FileSize:** 1.69 MB, **Published Date:** 10 Jan 2023)

19. CONSTITUTION (SC&ST) ORDERS (AMENDMENT) ACT 2022 dated 08.04.2022
(**FileSize:** 314.39 KB, **Published Date:** 16 Jun 2023)
(Act relates to Ministry of Tribal Affairs)

8/2/23, 8:38 AM
Case 2:23-cv-00731-RAJ Document 15-16 Filed 08/03/23 Page 4 of 4
Acts / Notifications / Rules / Schemes | Department of Social Justice and Empowerment | Government of India

**EXHIBIT P - DECLARATION 20**

20. CONSTITUTION (SC&ST) ORDERS (SECOND AMENDMENT) ACT 2022 dated 24.12.2022
(**FileSize:** 486.73 KB, **Published Date:** 16 Jun 2023)
(Act relates to Ministry of Tribal Affairs)
***********************************************************

<u>Miscellanuous documents</u>

1. Notification No. S.O. 4742(E) dated 06.10.2022:- Commission under Commissions of Inquiry Act, 1952 to examine the matter of according Scheduled Caste status to new persons, who claim to historically have belonged to the Scheduled Castes, but have converted to religion other than those mentioned in the Presidential Orders issued from time to time under article 341 of the Constitution
(**FileSize:** 1004.79 KB, **Published Date:** 02 May 2023)
.
2. Lokur Committee Report- The Report of the Advisory Committee on the revision of the lists of Scheduled Castes and Scheduled Tribes
(**FileSize:** 1.89 MB, **Published Date:** 13 Feb 2023)
.

<u>Constitution of India</u>
1. Constitution of India- Hindi version
(**FileSize:** 6.37 MB, **Published Date:** 15 May 2023)
. (Downloaded from Legislative Department's website)
2. Constitution of India- English version
(**FileSize:** 1.98 MB, **Published Date:** 15 May 2023)
.(Downloaded from Legislative Department's website)

---

Accessibility Statement | Help | Privacy Policy | Hyperlinking Policy | Contact Us | Copyright Policy | Careers | Terms & Conditions | Telephone Directory | Feedback | Visitor Analytics | Sitemap

---


Contents of this website owned and managed by Department of Social Justice and Empowerment, Ministry of Social Justice and Empowerment, GOI
This site is designed, developed and hosted by National Informatics Centre (NIC).


No. Of Visitors : **4,660,334**  Last updated on : **31 July 2023**