Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABHIJIT BAGAL,<br><br>                Plaintiff,<br><br>      vs.<br><br>KSHAMA SAWANT, in her official and individual capacities, as Councilmember, Position 3, Seattle City Council; LISA HERBOLD, in her official and individual capacities, as Councilmember, District 1, of the Seattle City Council and BRUCE HARRELL, in his official and individual capacities, as the Mayor of the City of Seattle,<br><br>                Defendants. | No.    2:23-cv-00721-RAJ<br><br>NOTICE OF APPEARANCE<br><br>[CLERK'S ACTION REQUIRED] |

TO:    The Clerk of Court; and

TO:    Pro Se Plaintiff Abhijit Bagal:

      **PLEASE TAKE NOTICE** that Natasha Khanna, Assistant City Attorney, enters her notice of appearance for Defendants Kshama Sawant as Councilmember, Lisa Herbold as Councilmember and Bruce Harrell, Mayor of the City of Seattle and requests that all future papers and pleadings in this matter,

NOTICE OF APPEARANCE - 1
(2:23-cv-00721-RAJ)

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

except original process, be served through ECF or at the address stated below.

    701 5th Avenue, Suite 2050
    Seattle, WA  98104

    DATED this 3rd day of August, 2023.

                      ANN DAVISON
                      Seattle City Attorney

              By:  */s/ Natasha Khanna*
                   Natasha Khanna, WSBA#52870
                   Assistant City Attorney

                   E-mail: Natasha.Khanna@seattle.gov

                   Seattle City Attorney's Office
                   701 Fifth Avenue, Suite 2050
                   Seattle, WA 98104
                   Phone: (206) 684-8200

                   *Attorney for Defenmdants Kshama Sawant,*
                   *Lisa Herbold, and Bruce Harrell*

NOTICE OF APPEARANCE - 2
(2:23-cv-00721-RAJ)

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200