Pro Se 15 2016                                                                                                          Hon. Richard A. Jones

# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ABHIJIT BAGAL, an individual, | Civil Action No. 2:23-cv-00721-RAJ |
| *Plaintiff,* <br> v. | Action Filed: May 11, 2023 |
| | Judge: Hon. Richard A. Jones |
| KSHAMA SAWANT, in her official and individual capacities as Councilmember, District 3, of the Seattle City Council; <br> LISA HERBOLD, in her official and individual capacities as Councilmember, District 1, of the Seattle City Council; and <br> BRUCE HARRELL, in his official and individual capacities as the Mayor of the City of Seattle, <br><br> *Defendants.* | **NOTICE OF SUPPLEMENTAL AUTHORITY** |

    Pursuant to Local Civil Rule 7(n), Plaintiff writes to advise the Court of Supplemental Authority, issued after Plaintiff filed Opposition to Defendants' Motion to Dismiss. *See* Dkt. 13.

    Plaintiff attaches as **Exhibit A** – a letter dated October 7, 2023, by the State of California Governor Gavin Newsom vetoing Senate Bill SB-403, Discrimination on the basis of ancestry to include "caste" and other dimensions, on the grounds that discrimination based on "caste" is already prohibited under California law and the bill is therefore unnecessary.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 9th day of October 2023 at Morrisville, Wake County, North Carolina.

Respectfully Submitted,

Signature:            /s/ *Abhijit Bagal*
Printed Name:        ABHIJIT BAGAL (Plaintiff, *Pro Se*)
Address:             125 Vista Brooke Drive, Morrisville, NC 27560
Phone: (919) 917-3839      Email: abebagal@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

Respectfully Submitted,

Signature:            /s/ *Abhijit Bagal*
Printed Name:        ABHIJIT BAGAL (Plaintiff, *Pro Se*)
Address:             125 Vista Brooke Drive, Morrisville, NC 27560
Phone: (919) 917-3839      Email: abebagal@gmail.com

# EXHIBIT-A



## OFFICE OF THE GOVERNOR

OCT 0 7 2023

To the Members of the California State Senate:

I am returning Senate Bill 403 without my signature.

This bill would define "ancestry" for purposes of the Fair Employment and Housing Act, the Unruh Act, and the Education Code to include "caste" and other dimensions of ancestry.

In California, we believe everyone deserves to be treated with dignity and respect, no matter who they are, where they come from, who they love, or where they live. That is why California already prohibits discrimination based on sex, race, color, religion, ancestry, national origin, disability, gender identity, sexual orientation, and other characteristics, and state law specifies that these civil rights protections shall be liberally construed. Because discrimination based on caste is already prohibited under these existing categories, this bill is unnecessary.

For this reason, I cannot sign this bill.

Sincerely,

Gavin Newsom

GOVERNOR GAVIN NEWSOM • SACRAMENTO, CA 95814 • (916) 445-2841