# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

|  | NOTICE OF CIVIL APPEAL |
|---|---|
| Plaintiff(s), | |
| v. | Case No |
| | |
| | District Court Judge |
| Defendant(s). | |

Notice is hereby given that _____
                                                                    (Name of Appellant)

appeals to the United States Court of Appeals for the Ninth Circuit from

_____
(Name of Order/Judgment)

entered in this action on _____ .
                                                (Date of Order)

Dated: _____ .

Name, Address and Phone Number of Counsel for
Appellant or Appellant/*Pro Se*

_____
Signature of Counsel for Appellant or
Appellant/*Pro Se*

NOTICE OF CIVIL APPEAL - 1