# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABHIJIT BAGAL,<br><br>            Plaintiff,<br><br>    v.<br><br>KSHAMA SAWANT, *et al.*,<br><br>            Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO:  2:23-cv-00721-RAJ |

___ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Judgment is entered in favor of Defendants Kshama Sawant, Lisa Herbold, and Bruce Harrell, against Plaintiff Abhijit Bagal.

DATED this 11th day of March, 2024.

                                RAVI SUBRAMANIAN,
                                Clerk of the Court

                                By:   */s/ Victoria Ericksen*
                                        Deputy Clerk