| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | MAR 5 2025 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

ABHIJIT BAGAL,

     Plaintiff - Appellant,

v.

KSHAMA SAWANT, in her official and individual capacities as Councilmember, District 3, of the Seattle City Council; et al.,

     Defendants - Appellees.

No. 24-1488

D.C. No. 2:23-cv-00721-RAJ

Western District of Washington, Seattle

MANDATE

The judgment of this Court, entered January 21, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT